# Exhibit 2

  EDUCATION

Home / Education / Best Graduate Schools / Methodology: Education Scho…

# Methodology: 2023 Best Education Schools Rankings

Find out how U.S. News ranks graduate education programs.

By [Robert Morse](#), [Eric Brooks](#), [Kenneth Hines](#), and [Daniel Lara-Agudelo](#)

March 28, 2022

🔖 Save



Graduate programs in education can prepare students for leadership roles at colleges, universities, K-12 schools and nonprofits. To assist in the search for the best fit program, U.S. News evaluated education schools on research activity, academic excellence of entering students, faculty resources, and opinions on program quality from education school deans and school hiring professionals.

In fall 2021 and early 2022, U.S. News collected statistical and reputation data directly from education schools for the overall Best Education Schools ranking. The data was also used for nine distinct rankings in education specialty areas and for populating each education school's individual directory page. Altogether, 457 schools granting doctoral education degrees were surveyed. Among them, 274 responded, providing the data needed to be eligible for inclusion in the overall graduate education rankings.



Outlined below are the 11 indicators used in the calculations – up from 10 last year.

[ **SEE THE** Best Education Schools rankings. ]

**Quality assessment** contains two separate qualitative indicators that comprise 40% of each school's rank.

- **Peer assessment score (weighted by 0.25):** Education school deans and deans of graduate studies at education schools rated the academic excellence of other schools' graduate programs, taking into account their research programs, on a scale of 1 (marginal) to 5 (outstanding). They marked "don't know" for programs with which they were unfamiliar. A school's score is the weighted average of 1-5 ratings it received among all respondents. U.S. News surveyed the deans in fall 2021 and early 2022. Twenty-nine percent of survey recipients responded.

- **Educational professionals assessment score (0.15):** School superintendents, school hiring contacts and professionals who hire graduates from graduate education programs rated the academic excellence of graduate education programs, taking into account their research programs, on a scale of 1 (marginal) to 5 (outstanding) in fall 2021 and early 2022. Respondents marked "don't know" for schools they did not know enough about to rate. A school's score is the weighted average of all 1-5 ratings it received across the three most recent survey years. Schools that received fewer than 10 cumulative ratings in the three most recent survey years received an assigned value matching the lowest average score for any ranked graduate education school with 10 or more ratings, and display "N/A" in place of an educational professional's assessment score on usnews.com. The graduate education schools provided U.S. News with the names of the school superintendents, hiring contacts and education professionals in summer 2021.

**Research activity** reflects two separate measures of research expenditures that comprise 30% weight in total.

- **Total research expenditures (0.15):** This is an education school's total research expenditures averaged over fiscal years 2020 and 2021. Expenditures refer to

separately funded research – public and private – that the school conducted.

- **Average expenditures per faculty member (0.15):** This is the average of research expenditures per full-time tenured and tenure-track faculty member averaged over fiscal years 2020 and 2021. Expenditures refer to separately funded research – public and private – that the school conducted.

**Student selectivity** is comprised of three indicators that sum to 10% weight. They are proxies for the academic achievements of entering students.

- **Acceptance rate (0.06):** This is the proportion of applicants to the doctoral program who were offered admission for the 2021-2022 academic year. A lower acceptance rate indicates the program is more selective.
- **Mean GRE quantitative scores (0.06):** This is the mean quantitative score on the GRE for doctoral students entering in the 2021-2022 academic year. Where mean GRE quantitative scores were not available for entering doctoral students, mean GRE quantitative scores for all entering graduate students were substituted, if available, in the ranking calculations.
- **Mean GRE verbal scores (0.06):** This is the mean verbal score on the GRE for doctoral students entering in the 2021-2022 academic year. Where mean GRE verbal scores were not available for entering doctoral students, mean GRE verbal scores for all entering graduate students were substituted, if available, in the ranking calculations.

For both GRE measures, the reported scores were each converted to common percentile scales before use in the ranking calculation. The full GRE data is only available to users with a U.S. News Education School Compass subscription.

For the second consecutive year, the minority of schools reporting that fewer than 25% of their entering doctoral students submitted GRE scores received less credit for those mean test scores in the rankings. Specifically, their weighted percentile distributions were adjusted downward by the proportions of their student bodies that submitted test scores in relation to the 25% threshold. For example, if 20% of a school's entering class submitted a GRE verbal test score, its GRE verbal percentile scale was multiplied by 20/25 or 0.8.



**Faculty resources** are four indicators of faculty productivity that sum to 12% of the rankings.

- **Doctorates granted-faculty ratio (0.025; 0.05 previously):** This is the ratio of doctoral degrees awarded in 2021 relative to a school's total faculty members in 2020-2021.
- **Total doctoral degrees granted (0.025, new this year):** This is the total number of education doctoral degrees granted in 2020-2021. The new indicator was introduced as an absolute measure of faculty resources, effectively balancing the relative indicator by crediting programs whose ratios were achieved with larger-scaled cohorts.
- **Student-faculty ratio (0.045):** This is the 2021 ratio of all full-time-equivalent doctoral students to full-time equivalent faculty. For both students and faculty, a part-time member was treated as 1/3 of a full-time member. U.S. News then used a logarithmic transformation of the original value for the student-faculty ratio since such ratios have a skewed distribution.
- **Percentage of faculty with awards (0.025):** This is the average percentage of full-time tenured or tenure-track faculty who held awards or editorships among selected education journals in 2020 and 2021. This indicator in the rankings uses a comprehensive list of education-related awards and journals adapted from a survey of deans from the Association of American Universities and the Council of Academic Deans from Research Education Institutions, conducted for U.S. News by a committee of AAU deans of education.

**Overall Rank**

Scores on all ranking indicators were standardized so that each school's value was compared with the mean and standard deviations of all other ranked schools. Standardized scores, or z-scores, reflected the number of standard deviations each indicator score was from the mean value. Z-scores were weighted as described above, totaled and rescaled so the top school received 100; other schools received their percentage of the top score. Graduate education schools were then numerically ranked in descending order of their overall scores.

**Ranking Range Schools**

U.S. News displays the individual numeric ranks of the top three-quarters of the education schools. For schools ranked in the bottom quartile, U.S. News elected to order them alphabetically and display the bottom quartile ranking range. Schools in this ranking range may submit a request to learn their individual ranks following the procedures listed on the Information for School Officials page.

**Unranked Schools**

If a school is listed as unranked, that means it did not supply enough key statistical data to be numerically ranked by U.S. News. Programs marked as unranked are listed alphabetically below those marked with a ranking range.



A new requirement for schools to be ranked in the Best Education Schools ranking this year was to have enrolled in fall 2021 at least 10 total Ph.D. students (totaling full time and part time), up from one student in previous editions. Consequently, fewer schools were ranked this year. U.S. News made this eligibility change to be consistent with its other Best Graduate Schools rankings eligibility criteria that require cohorts large enough to be fairly analyzed.

**Specialty Rankings**

Education specialty rankings, such as educational psychology and special education, are based solely on nominations by education school deans and deans of graduate studies at education schools from the list of schools surveyed. They selected up to 15 top programs in each area. Schools that received the most nominations in each specialty area were numerically ranked in descending order of nominations. Only schools that received at least seven nominations were ranked. At least five schools needed to receive seven or more nominations in a specialty area for U.S. News to produce a ranking in this edition.

**Online Degree Programs**

Master's programs whose requirements are predominantly online were separately ranked in U.S. News' latest Best Online Education Programs, released at a different time than the Best Education Schools rankings. Many education schools were ranked in both.

**Directory and Search**

All 457 education schools surveyed have a detailed profile in U.S. News' directory. These profiles are populated with data that education schools provided directly to U.S. News. If a data point is listed as "N/A," the school did not report it.

To search within the education rankings, users can filter by characteristics like location, enrollment, full-time tuition and GRE scores.



*Searching for an education school? Get our complete rankings of Best Education Schools.*

**Tags: education, education graduate school, graduate schools, GRE, rankings**

---

## RECOMMENDED ARTICLES

## YOU MAY ALSO LIKE



MCAT Study Tips for Older Students

Tips on a Relationship During Law School

What the GRE Test Is and How to Prepare



What to Do After Med School Acceptances

Applying to Law School With a Low GPA

What to Do After Med School Interviews

Future Private Sector Lawyers in School

Instructional Styles and MBA Programs



| | |
|---|---|
| Why Med School Applicants Get Rejected |  |
| 10 Most Affordable Online MBA Programs |  |



Load More

BEST COLLEGES

GRAD SCHOOLS

ONLINE COLLEGES

GLOBAL

K-12 SCHOOLS

COMMUNITY COLLEGES

PREMIUM TOOLS

---

U.S. News & World Report

About    Editorial Guidelines    Contact    Press    Advertise
Newsletters    Jobs    Site Map    Store

Copyright 2023 © U.S. News & World Report L.P.
Terms & Conditions/Privacy Policy/California Privacy Notice/California Do Not Sell My Personal Information Request