Kristen G. Simplicio (Bar No. 263291)
Anna Haac (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 919-5852
Facsimile: (202) 973-0950
*ksimplicio@tzlegal.com*
*ahaac@tzlegal.com*

Sabita J. Soneji (Bar No. 224262)
Cameron R. Partovi (Bar No. 319589)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
*ssoneji@tzlegal.com*
*cpartovi@tzlegal.com*

Annick M. Persinger (Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone: (213) 425-3657
*apersinger@tzlegal.com*

Eric Rothschild (*pro hac vice*)
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Avenue Northwest
Washington, District of Columbia 20036
Telephone: (202) 734-7495
*eric@defendstudents.org*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, AND MARIAH CUMMINGS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendant. | Case No. 2:23-cv-00846-SPG-MAR<br><br>**NOTICE OF LOS ANGELES COUNTY SUPERIOR COURT FILINGS** |

Please take notice that on March 29, 2023, Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings filed a second lawsuit in Los Angeles County Superior against Defendants University of Southern California and 2U, Inc. The case number is 23STCV06899. Rule 3.300(b) of the California Rules of Court requires that notice be provided to this Court. Copies of the notices submitted to LA County Superior Court are attached hereto as **Exhibits A** and **B**.

The March 29 state court lawsuit was necessitated by the removal of this first lawsuit to this Court by Defendant 2U. In their motions to dismiss here, Dkt. # 28, 30, Defendants argued – and *Sonner v. Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020), appears to provide – that this Court lacks equitable jurisdiction over the equitable claims originally asserted by Plaintiffs in this lawsuit. *See* Dkt. # 28, 30. Accordingly, on March 29, 2023, Plaintiffs filed an amended complaint with this Court, Dkt. # 32, asserting only legal claims for CLRA damages, while dismissing the equitable causes of action. Those equitable claims now appear in the March 29 action only.

Date: April 3, 2023    */s/ Kristen G. Simplicio*
Kristen G. Simplicio (Bar No. 263291)
Anna C. Haac (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 919-5852
Facsimile: (202) 973-0950
*ksimplicio@tzlegal.com*
*ahaac@tzlegal.com*

Annick M. Persinger (Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone: (213) 425-3657
*apersinger@tzlegal.com*

Sabita J. Soneji (Bar No. 224262)
Cameron R. Partovi (Bar No. 319589)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
*ssoneji@tzlegal.com*
*cpartovi@tzlegal.com*

Eric Rothschild (*pro hac vice*)
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Avenue Northwest
Washington, District of Columbia 20036
Telephone: (202) 734-7495
*eric@defendstudents.org*

*Counsel for Plaintiffs*