UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-846-GW-MARx | Date | July 6, 2023 |
|---|---|---|---|
| Title | *Iola Favell et al v. University of Southern California, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Cameron R. Partovi | Mark D. Campbell |
| Kristen M. Gelinas Simplicio | Michael L. Mallow |
| Eric Rothschild | Elizabeth L. Deeley |
| | Melanie M. Blunschi |

**PROCEEDINGS:   DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO DISMISS [42]; and 2U, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT [43]**

The Court's Tentative Ruling on the above-entitled Motions [42, 43] was issued on July 5, 2023 [63]. Oral argument is held. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES USC's motion to dismiss and GRANTS 2U's motion to dismiss with leave to amend. Plaintiffs will have until July 28, 2023 to file a Second Amended Complaint. Defendants will have until August 21, 2023 to respond.

The Court sets a status conference for September 7, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on September 5, 2023. The scheduling conference is taken off-calendar.

Discovery issues regarding a stay of this action will be addressed to this Court.

|  | : | 30 |
|---|---|---|
| | Initials of Preparer | JG |