1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (CA Bar No. 230798)
2    elizabeth.deeley@lw.com
   Melanie M. Blunschi (CA Bar No. 234264)
3    melanie.blunschi@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
5  Facsimile: +1.415.395.8095

6  Roman Martinez (*pro hac vice*)
     roman.martinez@lw.com
7  555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
8  Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201

9  *Attorneys for Defendant 2U, Inc.*

10 [Additional Counsel on Signature Page]

11                **UNITED STATES DISTRICT COURT**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13                       **WESTERN DIVISION**

14

| | |
|---|---|
| 15 IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated, | Case No. 2:23-cv-00846-GW (MARx) |
| 16 | |
| 17           Plaintiffs, | **STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT AND SET A BRIEFING SCHEDULE** |
| 18      v. | |
| 19 UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC., | |
| 20 | Hon. George H. Wu |
| 21           Defendants | |
| 22 IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated, | Case No. 2:23-cv-03389-GW (MARx) |
| 23 | |
| 24           Plaintiffs, | **STIPULATION REGARDING TIME FOR PLAINTIFFS TO FILE THE FIRST AMENDED CLASS ACTION COMPLAINT AND SET A BRIEFING SCHEDULE** |
| 25      v. | |
| 26 UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC., | |
| 27 | Hon. George H. Wu |
| 28           Defendants | |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW

Defendants 2U, Inc. ("2U"), University of Southern California ("USC") (collectively "Defendants") and Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings (collectively "Plaintiffs") by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on July 6, 2023, the Court heard oral argument on Defendants' Motions to Dismiss the First Amended Complaint in *Favell v. USC, et al.* Case No. 2:23-cv-000846 ("*Favell I*") (Dkt. 64) and Plaintiffs' Motion to Remand in *Favell v. USC, et al.* Case No. 2:23-cv-003389 ("*Favell II*") (Dkt. 47);

**WHEREAS**, on July 6, 2023, the Court granted 2U's Motion to Dismiss the First Amended Complaint in *Favell I* but permitted Plaintiffs leave to file an amended complaint on or before July 28, 2023 and set Defendants' deadline to respond on or before August 21, 2023 (Dkt. 64);

**WHEREAS**, that same day, the Court also denied Plaintiffs' Motion to Remand *Favell II*, making Defendants' response to the *Favell II* complaint due on or before July 28, 2023 (Dkt. 47);

**WHEREAS**, in the interest of efficiency, Plaintiffs intend to file a First Amended Complaint in *Favell II* to take into consideration this Court's guidance during the hearing and in its July 6, 2023, order, and to align the briefing schedules for these two related cases;

**WHEREAS**, Plaintiffs intend to file their First Amended Complaint in *Favell II* on July 28, 2023 (the same day as the Second Amended Complaint in *Favell I*), and the parties agree that it will obviate the need for Defendants to respond to the current Class Action Complaint in *Favell II*;

**WHEREAS**, Defendants will now be responding two amended complaints in both *Favell I* and *Favell II* over the same time period;

**WHEREAS**, counsel for Plaintiffs and Counsel for Defendants have met and conferred and respectfully submit that good cause exists to vacate the deadline

1   Defendants to respond to the current *Favell II* complaint, pending the filing of a First

2   Amended Complaint and to set a briefing schedule for the responses (including any

3   motions to dismiss) to the *Favell I* Second Amended Complaint and the *Favell II*

4   First Amended Complaint;

5       **WHEREAS**, the Parties have not previously stipulated to any extensions of

6   time to answer or otherwise respond to these Complaints;

7        IT IS HEREBY STIPULATED AND AGREED THAT:

8       1.   The current deadline for Defendants to respond to the Class Action

9            Complaint in *Favell II* is vacated.

10      2.   Plaintiffs shall file the Second Amended Complaint in *Favell I* and the

11           First Amended Complaint in *Favell II* on or before July 28, 2023.

12      3.   Defendants shall answer or otherwise respond to the Second Amended

13           Complaint in *Favell I* and the First Amended Complaint in *Favell II* on

14           or before August 31, 2023.

15      4.   If any response described in Paragraph 3 is a Motion to Dismiss,

16           Plaintiffs shall file any opposition on or before September 29, 2023.

17      5.   Defendants shall file replies to any opposition filed by Plaintiffs on or

18           before October 20, 2023.

19      6.   The Court shall hear oral argument on any Motions to Dismiss the

20           Second Amended Complaint in *Favell I* or the First Amended

21           Complaint in *Favell II* on November 16, 2023 at 8:30 a.m.

22

23           Respectfully Submitted,

24   Dated: July 26, 2023       LATHAM & WATKINS LLP

25           By */s/ Melanie M. Blunschi*
                 Elizabeth L. Deeley (Bar No. 230798)
26               elizabeth.deeley@lw.com
                 Melanie M. Blunschi (Bar No. 234264)
27               melanie.blunschi@lw.com
                 505 Montgomery Street, Suite 2000
28               San Francisco, California 94111

Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Roman Martinez (pro hac vice)
 roman.martinez@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant 2U, Inc.*

Dated: July 26, 2023          SHOOK HARDING & BACON LLP

By */s/ Michael L. Mallow*
   Michael L. Mallow (Bar No. 188745)
    mmallow@shb.com
   Mark D. Campbell (Bar No. 180528)
    mdcampbell@shb.com
    2049 Century Park East, Suite 3000
   Los Angeles, CA 90067
   Telephone: +1.424.285.8330
   Facsimile: +1.424.204.9093

*Attorneys for Defendant University of Southern California.*

Dated: July 26, 2023          TYCKO & ZAVAREEI LLP

By  */s/Kristen G. Simplicio*
   Kristen G. Simplicio (Bar No. 263291)
   Anna Haac (*pro hac vice* to be filed)
   2000 Pennsylvania Ave., N.W, Suite 1010
   Washington, District of Columbia 20006
   Telephone: (202) 919-5852
   Facsimile: (202) 973-0950
   ksimplicio@tzlegalcom
   ahaac@tzlegal.com

   Sabita J. Soneji (Bar No. 224262)
   Cameron R. Partovi (Bar No. 319589)
   1970 Broadway, Suite 1070
   Oakland, California 94612
   Telephone: (510) 254-6808
   Facsimile: (202) 973-0950
   ssondi@tzlegal.com
   cpartovi@tzlegal.com

   Eric Rothschild (*pro hac vice* to be filed)
   NATIONAL STUDENT LEGAL
   DEFENSE NETWORK

1701 Rhode Island Avenue Northwest
Washington, District of Columbia 20036
Telephone: (202) 734-7495
eric@defendstudents.org

*Attorneys for Plaintiffs Iola Favell, Sue Zarnowski and Mariah Cummings*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.


Dated:  July 26, 2023

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi