# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>　　　　　Defendants. | Case No. **CV 23-846-GW-MARx**<br><br>**ORDER GRANTING STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED CLASS ACTION COMPLAINTS AND SET A BRIEFING SCHEDULE**<br><br>Hon. George H. Wu |
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>　　　　　Defendants. | Case No. CV 23-3389-GW-MARx |

# ORDER

Having reviewed the stipulation of Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings ("Plaintiffs") and Defendants University of Southern California and 2U, Inc. ("Defendants") and good cause appearing therefore, the Court hereby ORDERS that:

1. The current deadline for Defendants to answer or otherwise respond to the Class Action complaint in *Favell II* is vacated.

2. Plaintiffs shall file the Second Amended Complaint in *Favell I* and the First Amended Complaint in *Favell II* on or before July 28, 2023

3. Defendants shall answer or otherwise respond to the Second Amended Complaint in *Favell I* and the First Amended Complaint in *Favell II* on or before August 31, 2023.

4. If any response described in Paragraph 3 is a Motion to Dismiss, Plaintiffs shall file any opposition on or before September 29, 2023.

5. Defendants shall file replies to any opposition filed by Plaintiffs on or before October 20, 2023.

6. The Court shall hear oral argument on any Motions to Dismiss the Second Amended Complaint in *Favell I* or the First Amended Complaint in *Favell II* on November 16, 2023 at 8:30 a.m.

IT IS SO ORDERED.

Dated: July 27, 2023      By: _____
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE