1  Kristen G. Simplicio (State Bar No. 263291)
   Anna Haac (*pro hac vice*)
2  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Avenue Northwest, Suite 1010
3  Washington, District of Columbia 20006
   Telephone: (202) 919-5852
4  Facsimile: (202) 973-0950
   *ksimplicio@tzlegal.com*
5  *ahaac@tzlegal.com*

6  Sabita J. Soneji (State Bar No. 224262)
   Cameron R. Partovi (State Bar No. 319589)
7  **TYCKO & ZAVAREEI LLP**
   1970 Broadway, Suite 1070
8  Oakland, California 94612
   Telephone: (510) 254-6808
9  Facsimile: (202) 973-0950
   *ssoneji@tzlegal.com*
10 *cpartovi@tzlegal.com*

11 Eric Rothschild (*pro hac vice*)
   **NATIONAL STUDENT LEGAL**
12 **DEFENSE NETWORK**
   1701 Rhode Island Avenue Northwest
13 Washington, District of Columbia 20036
   Telephone: (202) 734-7495
14 *eric@defendstudents.org*

15 *Counsel for Plaintiffs*

16                **UNITED STATES DISTRICT COURT**

17   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

18
   IOLA FAVELL, SUE ZARNOWSKI,         Case No. 2:23-cv-00846-GW-MAR
19 MARIAH CUMMINGS, and AHMAD
   MURTADA, *on behalf of themselves and all*   **NOTICE OF ERRATA TO**
20 *others similarly situated*,         **PLAINTIFFS' SECOND**
                                        **AMENDED CLASS ACTION**
21              Plaintiffs,             **COMPLAINT**

22       v.

23 UNIVERSITY OF SOUTHERN
   CALIFORNIA and 2U, INC.,
24
                Defendants.
25

26

27

28

1
## NOTICE OF ERRATA

2      Plaintiffs Iola Favell, Sue Zarnowski, Ahmad Murtada, and Mariah Cummings,

3 by and through their undersigned counsel, respectfully submit this notice of errata

4 regarding a clerical error affecting the docket text accompanying their Second Amended

5 Class Action Complaint, filed as ECF No. 67. When filing this document, Plaintiffs

6 mistakenly indicated through ECF that the action was filed against "All Plaintiffs,"

7 when in fact the Second Amended Class Action Complaint is against all Defendants in

8 this action.

9

10 Date: July 28, 2023                              Respectfully submitted,

11                                                  */s/ Cameron R. Partovi*
                                                    Cameron R. Partovi (State Bar No.
12                                                  319589)
                                                    Sabita J. Soneji (State Bar No. 224262)
13                                                  **TYCKO & ZAVAREEI LLP**
                                                    1970 Broadway, Suite 1070
14                                                  Oakland, California 94612
                                                    Telephone: (510) 254-6808
15                                                  Facsimile: (202) 973-0950
                                                    *ssoneji@tzlegal.com*
16                                                  *cpartovi@tzlegal.com*

17
                                                    Kristen G. Simplicio (State Bar No.
18                                                  263291)
                                                    Anna Haac (*pro hac vice*)
19                                                  **TYCKO & ZAVAREEI LLP**
                                                    2000 Pennsylvania Avenue Northwest,
20                                                  Suite 1010
                                                    Washington, District of Columbia 20006
21                                                  Telephone: (202) 919-5852
                                                    Facsimile: (202) 973-0950
22                                                  *ksimplicio@tzlegal.com*
                                                    *ahaac@tzlegal.com*
23
                                                    Eric Rothschild (*pro hac vice*)
24                                                  **NATIONAL STUDENT LEGAL
                                                    DEFENSE NETWORK**
25                                                  1701 Rhode Island Avenue Northwest
                                                    Washington, District of Columbia 20036
26                                                  Telephone: (202) 734-7495
                                                    *eric@defendstudents.org*
27
                                                    *Counsel for Plaintiffs*
28

NOTICE OF ERRATA
*Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-00846-GW-MAR