LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Roman Martinez (*pro hac vice*)
  roman.martinez@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Defendant 2U, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC., <br><br> Defendants | Case No. 2:23-cv-00846-GW (MARx) <br> Case No. 2:23-cv-03389-GW (MARx) <br><br> **STIPULATION REGARDING FILING CONSOLIDATED MOTION TO DISMISS AND ADDITIONAL WORDS** <br><br> Hon. George H. Wu |

Defendants 2U, Inc. ("2U") and University of Southern California ("USC") (collectively "Defendants") and Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada (collectively "Plaintiffs") by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on July 27, 2023, Plaintiffs filed their Second Amended Complaint in *Favell v. USC, et al.* Case No. 2:23-cv-000846 ("*Favell I*") ("SAC") (Dkt. 67), and their First Amended Complaint in *Favell v. USC, et al.* Case No. 2:23-cv-003389 ("*Favell II*") ("FAC") (Dkt. 58);

**WHEREAS**, Defendant 2U's responses to the *Favell I* SAC and *Favell II* FAC are due on August 31, 2023 (Dkt. 57);

**WHEREAS**, there is significant overlap between the *Favell I* SAC and *Favell II* FAC, as the factual allegations are identical and the sole claim in the *Favell II* SAC—that Defendants violated the Consumers Legal Remedies Act, Cal. Civ. Code § 1770—is also included in the *Favell I* FAC, although the type of relief requested differs;

**WHEREAS**, Defendant 2U intends to move to dismiss the *Favell I* SAC and *Favell II* FAC;

**WHEREAS,** pursuant to Civil L.R. 11-6.1, Defendant 2U is entitled to one Motion to Dismiss the SAC not to exceed 7,000 words, and one Motion to Dismiss the FAC not to exceed 7,000 words;

**WHEREAS**, in the interest of efficiency, the parties have met and conferred and have agreed that Defendant 2U shall file one consolidated Motion to Dismiss the claims in the SAC and the FAC not to exceed 10,000 words;

**WHEREAS**, the parties also agree that Plaintiffs shall file one consolidated opposition to 2U's consolidated Motion to Dismiss not to exceed 10,000 words;

**WHEREAS**, the parties further agree that Defendant 2U would then be entitled to file one consolidated reply not to exceed 7,500 words;

1    **WHEREAS**, the parties have not previously stipulated to any requests to file

2 a consolidated dispositive Motion;

3    IT IS HEREBY STIPULATED AND AGREED THAT:

4    1.    Defendant 2U shall file one consolidated Motion to Dismiss the claims

5          in the SAC and the FAC not to exceed 10,000 words.

6    2.    Plaintiffs shall file one consolidated opposition to 2U's consolidated

7          Motion to Dismiss not to exceed 10,000 words.

8    3.    Defendant 2U shall file one consolidated reply not to exceed 7,500

9          words.

10

11

12                                         Respectfully Submitted,

13   Dated: August 23, 2023               LATHAM & WATKINS LLP

14                                         By */s/ Melanie M. Blunschi*
                                              Elizabeth L. Deeley (Bar No. 230798)
15                                              elizabeth.deeley@lw.com
                                              Melanie M. Blunschi (Bar No. 234264)
16                                              melanie.blunschi@lw.com
                                              505 Montgomery Street, Suite 2000
17                                            San Francisco, California 94111
                                              Telephone: +1.415.391.0600
18                                            Facsimile: +1.415.395.8095

19                                            Roman Martinez (*pro hac vice*)
                                                roman.martinez@lw.com
20                                            555 Eleventh Street, NW, Suite 1000
                                              Washington, D.C. 20004-1304
21                                            Telephone: +1.202.637.2200
                                              Facsimile: +1.202.637.2201

22
                                           *Attorneys for Defendant 2U, Inc.*
23

24
     Dated: August 23, 2023               SHOOK HARDING & BACON LLP
25

26                                         By */s/ Mark D. Campbell*
                                              Michael L. Mallow (Bar No. 188745)
27                                              mmallow@shb.com
                                              Mark D. Campbell (Bar No. 180528)
28                                              mdcampbell@shb.com

| | |
|---|---|
| 1 | 2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067 |
| 2 | Telephone: +1.424.285.8330<br>Facsimile: +1.424.204.9093 |
| 3 | |
| 4 | *Attorneys for Defendant University of Southern California.* |
| 5 | Dated: August 23, 2023     TYCKO & ZAVAREEI LLP |

Dated: August 23, 2023                     TYCKO & ZAVAREEI LLP


By  */s/Kristen G. Simplicio*
    Kristen G. Simplicio (Bar No. 263291)
    Anna Haac (*pro hac vice* )
    2000 Pennsylvania Ave., N.W, Suite 1010
    Washington, District of Columbia 20006
    Telephone: (202) 919-5852
    Facsimile: (202) 973-0950
    ksimplicio@tzlegalcom
    ahaac@tzlegal.com

    Sabita J. Soneji (Bar No. 224262)
    1970 Broadway, Suite 1070
    Oakland, California 94612
    Telephone: (510) 254-6808
    Facsimile: (202) 973-0950
    ssoneji@tzlegal.com

    Eric Rothschild (*pro hac vice*)
    NATIONAL STUDENT LEGAL
    DEFENSE NETWORK
    1701 Rhode Island Avenue Northwest
    Washington, District of Columbia 20036
    Telephone: (202) 734-7495
    eric@defendstudents.org


*Attorneys for Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings and Ahmad Murtada*

1

**ATTESTATION**

2       I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed

3 above, and on whose behalf the filing is submitted, concur in the content of this filing

4 and have authorized this filing.

5

6    Dated:  August 23, 2023                  */s/Melanie M. Blunschi*

7                                            Melanie M. Blunschi

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28