# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>                    Defendants. | **Case No. CV 23-846-GW-MARx**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SEPTEMBER 7, 2023 STATUS CONFERENCE**<br><br>Hon. George H. Wu |
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>                    Defendants. | Case No. CV 23-3389-GW-MARx |

[Proposed] Order Granting Joint Stipulation To Continue Status Conference
*Favell, et al., v. University of Southern California, et al.*,
Nos. 2:23-00846-GW-MAR and 2:23-cv-03389-GW-MAR

# ORDER

Having reviewed the stipulation of Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada (collectively, "Plaintiffs") and Defendants 2U, Inc. ("2U") and University of Southern California ("USC") (collectively, "Defendants"), and good cause appearing therefore, the Court hereby ORDERS that in both *Favell I* and *Favell II*:

1. The September 7, 2023 status conference is continued to November 16, 2023 at 8:30 a.m., and the parties shall submit a joint written status report one week in advance of this conference.

IT IS SO ORDERED.

Dated: August 24, 2023   By: /s/ George H. Wu
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE
*Favell, et al., v. University of Southern California, et al.*,
Nos. 2:23-00846-GW-MAR and 2:23-cv-03389-GW-MAR