SHOOK, HARDY & BACON LLP
Michael L. Mallow (SBN 188745)
mmallow@shb.com
Mark. D. Campbell (SBN 180528)
mdcampbell@shb.com
Nalani L. Crisologo (SBN 313402)
ncrisologo@shb.com
2049 Century Park East, Suite 3000
Los Angeles, California 90067
Telephone:  424-285-8330
Facsimile:   424-204-9093

Holly Pauling Smith (admitted *pro hac vice*)
hpsmith@shb.com
Taylor B. Markway (admitted *pro hac vice*)
tmarkway@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  816-474-6550
Facsimile:   816-421-5547


Attorneys for Defendant
University of Southern California

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>          Defendants. | Case Nos.  2:23-cv-00846-GW-MAR<br>                  2:23-cv-03389-GW-MAR<br><br>Assigned to: Hon. George H. Wu<br><br>**JOINT STATUS REPORT**<br><br>Status Conference: November 16, 2023, 8:30 a.m. |

1

**PRELIMINARY STATEMENT**

Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada, and Defendants University of Southern California ("USC") and 2U, Inc. ("2U") respectfully submit this Joint Status Report in advance of the November 16, 2023 status conference.

Identical reports are being filed in both *Favell I* (No. 2:23-cv-00846-GW-MAR) and *Favell II* (No. 2:23-cv-03389-GW-MAR), as the two cases differ only in the causes of action, not the factual allegations.

**JOINT STATUS REPORT**

**I.     Status of Pleadings**

The operative pleading in *Favell I* is the Second Amended Complaint ("SAC"), which asserts a single cause of action against USC and 2U for violation of the Consumer Legal Remedies Act ("CLRA"), Civil Code § 1770 *et seq. See Favell I* Dkt. 67.

The operative pleading in *Favell II* is the First Amended Complaint ("FAC"), which asserts four causes of action against USC and 2U for: (1) violation of California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500 *et seq.*; (2) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.*; and (3) violation of the Consumer Legal Remedies Act ("CLRA"), Cal. Civil Code § 1770 *et seq. See Favell II* Dkt. 58.

The pleadings are not yet settled, as 2U moved to dismiss the *Favell I* SAC and *Favell II* FAC. That motion is currently pending and set for hearing on November 16, 2023. *See* Section III, *infra*.

**II.     Disclosures and Discovery**

All parties provided initial disclosures on August 4, 2023. Plaintiffs have served initial written discovery on USC and 2U as set forth below. Defendants anticipate serving initial written discovery on Plaintiffs within the next 30 days. No depositions have been noticed or taken.

2

**A.      Written Discovery Between Plaintiffs and USC**

On July 14, 2023, Plaintiffs served an initial set of interrogatories and requests for production on USC. On September 13, 2023, USC served objections and responses to this written discovery.

Plaintiffs sent a meet-and-confer letter on October 11, 2023, which raises concerns about certain aspects of USC's discovery responses. USC responded to the letter in writing on October 20, 2023. Thereafter, on November 2, 2023, Plaintiffs and USC met and conferred by videoconference and reached agreements on some, but not all, of the disputed objections and responses. Plaintiffs and USC are continuing to attempt informal resolution of their discovery dispute without the need for judicial intervention.

**B.      Written Discovery Between Plaintiffs and 2U**

On September 13, 2023, Plaintiffs served an initial set of interrogatories and requests for production on 2U. On October 12, 2023, 2U served objections and responses to this written discovery. Plaintiffs sent a meet-and-confer letter on November 7, 2023, and Plaintiffs and 2U will meet and confer and attempt informal resolution of any discovery disputes without the need for judicial intervention.

**C.      ESI Protocol and Protective Order**

The parties have diligently worked to finalize a stipulated order regarding discovery of electronically stored information and a protective order for the cases. The parties anticipate finalizing and submitting these documents before the November 16, 2023 conference.

## III.   Motions

### A.   *Favell I* Motions

On February 3, 2023, 2U removed this matter from Los Angeles Superior Court. *Favell I* Dkt. 1 (Notice of Removal). USC and 2U moved to dismiss the *Favell I* Class Action Complaint on March 8, 2023. *Favell I* Dkt. 28 (2U Motion), 30 (USC Motion).

Plaintiffs filed a First Amended Complaint ("FAC") on March 29, 2023, and USC and 2U's motions were denied as moot. *Favell I* Dkt. 32 (FAC), 33 (Order on Motions to Dismiss).

On April 12, 2023, USC and 2U moved to dismiss the FAC. *Favell I* Dkt. 42 (USC Motion), 43 (2U Motion). The Court issued and adopted its tentative ruling denying USC's motion to dismiss and granting with leave to amend 2U's motion to dismiss. *Favell I* Dkt. 64.

Plaintiffs filed their SAC on July 28, 2023. *See Favell I* Dkt. 67 (SAC).

2U moved to dismiss the *Favell I* SAC. *Favell I* Dkt. 77 (2U Motion). The motion is pending and set for hearing on November 16, 2023. *See id.*

### B.   *Favell II* Motions

On May 3, 2023, 2U removed *Favell II* from the Los Angeles Superior Court. *Favell II* Dkt. 1 (Notice of Removal). On May 24, 2023, Plaintiffs moved to remand the action, and USC moved to stay the matter. *Favell II* Dkt. 30 (Plaintiffs Motion to Remand), 31 (USC Motion to Stay). The Court denied both motions on July 6, 2023. *Favell II* Dkt. 46 (Tentative Ruling), 47 (Minute Order).

Plaintiffs amended their complaint on July 27, 2023. *Favell II* Dkt. 58 (FAC).

2U moved to dismiss the FAC on August 24, 2023. *Favell II* Dkt. 67 (2U Motion). The motion is pending and set for hearing on November 16, 2023. *See id.*

### C.   Class Certification and Summary Judgment

The parties submit that it is premature to set a deadline for the class certification motion before the pleadings are set and jointly propose that the parties submit their

positions regarding the date for Plaintiffs to file their class certification motion within 14 days of the Court's ruling on 2U's pending Motion to Dismiss to allow the parties to consider any impacts that motion has on the parties, claims, and scope of discovery at issue.

**IV.    ADR**

The parties have not yet engaged in efforts to settle or resolve this case, as they believe that settlement efforts remain premature at this time.

Dated:  November 9, 2023          SHOOK HARDY & BACON L.L.P.


By: /s/ *Michael L. Mallow*
        Michael L. Mallow

        Attorney for Defendant
        University of Southern California


Dated:  November 9, 2023          LATHAM & WATKINS LLP


By: /s/ *Melanie M. Blunschi*
        Melanie M. Blunschi

        Elizabeth L. Deeley (Bar No. 230798)
        elizabeth.deeley@lw.com
        Melanie M. Blunschi (CA Bar No. 234264)
        melanie.blunschi@lw.com
        505 Montgomery Street, Suite 2000
        San Francisco, California 94111-6538
        Telephone: +1.415.391.0600
        Facsimile: +1.415.395.8095

        Roman Martinez (pro hac vice)
        roman.martinez@lw.com

JOINT STATUS REPORT

555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant
2U, Inc.

Dated: November 9, 2023                Respectfully Submitted,

                                       */s/Kristen G. Simplicio*
                                       Kristen G. Simplicio (Bar No. 263291)
                                       Anna C. Haac (*pro hac vice*)
                                       **TYCKO & ZAVAREEI LLP**
                                       2000 Pennsylvania Avenue Northwest, Suite
                                       1010
                                       Washington, DC 20006
                                       Telephone: (202) 919-5852
                                       Facsimile: (202) 973-0950
                                       *ksimplicio@tzlegal.com*
                                       *ahaac@tzlegal.com*

                                       Annick M. Persinger (Bar No. 272996)
                                       **TYCKO & ZAVAREEI LLP**
                                       10880 Wilshire Blvd., Suite 1101
                                       Los Angeles, CA 90024
                                       Telephone: (213) 425-3657
                                       *apersinger@tzlegal.com*

                                       Sabita J. Soneji (Bar No. 224262)
                                       Spencer S. Hughes (Bar No. 349159)
                                       **TYCKO & ZAVAREEI LLP**
                                       1970 Broadway, Suite 1070
                                       Oakland, CA 94612
                                       Telephone: (510) 254-6808
                                       Facsimile: (202) 973-0950
                                       *ssoneji@tzlegal.com*
                                       *shughes@tzlegal.com*

JOINT STATUS REPORT

Eric Rothschild (*pro hac vice*)
**NATIONAL STUDENT LEGAL**
**DEFENSE NETWORK**
1701 Rhode Island Avenue Northwest
Washington, DC 20036
Telephone: (202) 734-7495
*eric@defendstudents.org*

*Counsel for Plaintiffs and the Proposed*
*Class*

JOINT STATUS REPORT

## **ATTESTATION OF CONCURRENCE IN FILING**

In accord with the Central District of California Local Rule 5-4.3.4(a)(2)(i), I, Michael Mallow, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s). Executed on this 9th day of November, 2023, in Los Angeles, CA.

*/s/ Michael Mallow*
Michael Mallow

JOINT STATUS REPORT