UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-846-GW-MARx | Date | November 16, 2023 |
|---|---|---|---|
| Title | *Iola Favell et al v. University of Southern California, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Myra Ponce | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Spencer S. Hughes | Mark D. Campbell |
| Kristen M.G. Simplicio | Michael L. Mallow |
| Eric Rothschild | Elizabeth L. Deeley |
| Schuyler J. Standley | Melanie M. Blunschi |
| | Catherine Rizzoni |

**PROCEEDINGS:** DEFENDANT 2U, INC.'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT [77]; and STATUS/SCHEDULING CONFERENCE

The Court's Tentative Ruling on Defendant's Motion [77] was issued on November 15, 2023 [89]. Oral argument is held. For reasons stated on the record, Defendant's Motion is TAKEN UNDER SUBMISSION.

The status/scheduling conference is taken off-calendar.

: 20

Initials of Preparer   JG