1  Kristen G. Simplicio (SBN 263291)
   Anna Haac (*pro hac vice*)
2  **TYCKO & ZAVAREEI LLP**
   2000 Pennsylvania Ave., NW, Ste. 1010
3  Washington, DC 20006
   Telephone: (510) 588-5299
4  Facsimile: (202) 973-0950
   *ksimplicio@tzlegal.com*
5  *ahaac@tzlegal.com*

6  Annick M. Persinger (SBN 272996)
   Sabita J. Soneji (SBN 224262)
7  Spencer S. Hughes (SBN 349159)
   **TYCKO & ZAVAREEI LLP**
8  10880 Wilshire Blvd., Ste. 1101
   Los Angeles, CA 90024
9  Telephone: (510) 254-6808
   *apersinger@tzlegal.com*
10 *ssoneji@tzlegal.com*
   *shughes@tzlegal.com*
11
   *Counsel for Plaintiffs*
12
   *[Additional Counsel on Signature Page]*
13

14              **UNITED STATES DISTRICT COURT**

15   **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

16

17 IOLA FAVELL, SUE ZARNOWSKI,          Case Nos. 2:23-cv-00846-GW-MAR;
   MARIAH CUMMINGS, and AHMAD           2:23-cv-03389-GW-MAR
18 MURTADA, *on behalf of themselves and all*
   *others similarly situated,*
19
              Plaintiffs,               **STIPULATED CLASS**
20                                      **CERTIFICATION-RELATED**
   v.                                   **CASE SCHEDULE**
21

22 UNIVERSITY OF SOUTHERN
   CALIFORNIA and 2U, INC.,
23

24            Defendants.

25

26

27

28

**STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE**

Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California (together, the "Parties") submit this Stipulated Class Certification-Related Case Schedule in both 2:23-cv-00846-GW-MAR ("*Favell I*") and 2:23-cv-03389-GW-MAR ("*Favell II*") pursuant to Section III.C of their November 9, 2023 Joint Status Report. *See Favell I* Dkt. 87. In that Joint Status Report, the Parties and then-Defendant 2U, Inc. jointly proposed that the Parties submit their positions regarding the date for Plaintiffs to file their class certification motion within 14 days of the Court's ruling on 2U's Motion to Dismiss, which the Court issued on January 23, 2024. *See Favell I* Dkt. 101; *Favell II* Dkt. 86. Plaintiffs are not amending the complaints at this time in light of the Court's order on 2U's Motion to Dismiss.

The Parties jointly propose the following case schedule for certain events related to Plaintiffs' forthcoming motion for class certification in both *Favell I* and *Favell II*:

| Event | Deadline |
|---|---|
| Plaintiffs' Motion for Class Certification including declaration(s) of expert witness(es) | July 25, 2024 |
| Defendant's Response to Plaintiffs' Motion for Class Certification including declaration(s) of expert witness(es) | September 23, 2024 |
| Defendant's FRE 702 Motion(s) to Exclude Expert Testimony Submitted in Support of Plaintiffs' Motion for Class Certification | September 26, 2024 |
| Plaintiffs' Response(s) to Defendant's FRE 702 Motion(s) | October 17, 2024 |
| Defendant's Reply/Replies in Support of Defendant's FRE 702 Motion(s) | November 12, 2024 |

STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE

Case Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR

| | |
|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification | November 19, 2024 |
| Plaintiffs' FRE 702 Motion(s) to Exclude Expert Testimony Submitted in Support of Defendant's Response to Plaintiffs' Motion for Class Certification | November 22, 2024 |
| Defendant's Response(s) to Plaintiffs' FRE 702 Motion(s) | December 17, 2024 |
| Plaintiffs' Reply/Replies in Support of Plaintiffs' FRE 702 Motion(s) | January 9, 2025 |
| Court Hearing and Oral Argument on Plaintiffs' Motion for Class Certification | January 23, 2025 |

The Parties agree that nothing in this Stipulated Class Certification-Related Case Schedule prevents any party from seeking to introduce supplemental and/or rebuttal expert testimony as allowed by law and applicable court rules.

The Parties further jointly propose the following briefing length-limitation enlargements:

| Event | Length Limitation |
|---|---|
| Plaintiffs' Motion for Class Certification | 40 pages |
| Defendant's Response to Plaintiffs' Motion for Class Certification | 40 pages |
| Plaintiffs' Reply in Support of Motion for Class Certification | 19 pages |

STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE

Case Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR

**STIPULATED AND AGREED TO BY THE FOLLOWING COUNSEL OF RECORD:**

Dated: February 6, 2024

Respectfully submitted,

*/s/ Spencer S. Hughes*

**TYCKO & ZAVAREEI LLP**
Spencer S. Hughes (SBN 349159)
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
shughes@tzlegal.com

*Counsel for Plaintiffs*

Dated: February 6, 2024

Respectfully submitted,

*/s/ Mark D. Campbell*

**SHOOK, HARDY & BACON LLP**
Mark D. Campbell (SBN 180528)
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 324-3412
Facsimile: (424) 204-9093
mdcampbell@shb.com

*Counsel for University of Southern California*

STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE

Case Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR

1

**SIGNATURE CERTIFICATION**

2

3        I, Spencer S. Hughes, hereby attest pursuant to Civil Local Rule 5-4.3.4 that

all other signatories listed, and on whose behalf this filing is submitted, concur in

4

the contents of this filing and have authorized the filing.

5

6

7    Dated: February 6, 2024                    */s/ Spencer S. Hughes*
                                                 Spencer S. Hughes

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE

Case Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR