# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR<br><br>**[PROPOSED] ORDER ENTERING STIPULATED CLASS CERTIFICATION-RELATED CASE SCHEDULE** |

# [PROPOSED] ORDER

Having reviewed the Stipulated Class Certification-Related Case Schedule submitted by Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California pursuant to Section III.C of the Parties' November 9, 2023 Joint Status Report, and good cause appearing therefor, the Court hereby ORDERS that in both *Favell I* and *Favell II*, the following case schedule and deadlines apply to certain events related to Plaintiffs' forthcoming motion for class certification in both *Favell I* and *Favell II*:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Motion for Class Certification including declaration(s) of expert witness(es) | July 25, 2024 |
| Defendant's Response to Plaintiffs' Motion for Class Certification including declaration(s) of expert witness(es) | September 23, 2024 |
| Defendant's FRE 702 Motion(s) to Exclude Expert Testimony Submitted in Support of Plaintiffs' Motion for Class Certification | September 26, 2024 |
| Plaintiffs' Response(s) to Defendant's FRE 702 Motion(s) | October 17, 2024 |
| Defendant's Reply/Replies in Support of Defendant's FRE 702 Motion(s) | November 12, 2024 |
| Plaintiffs' Reply in Support of Motion for Class Certification | November 19, 2024 |
| Plaintiffs' FRE 702 Motion(s) to Exclude Expert Testimony Submitted in Support of Defendant's Response to Plaintiffs' Motion for Class Certification | November 22, 2024 |

| | |
|---|---|
| Defendant's Response(s) to Plaintiffs' FRE 702 Motion(s) | December 17, 2024 |
| Plaintiffs' Reply/Replies in Support of Plaintiffs' FRE 702 Motion(s) | January 9, 2025 |
| Court Hearing and Oral Argument on Plaintiffs' Motion for Class Certification | January 23, 2025 |

The Court acknowledges that nothing in this Stipulated Class Certification-Related Case Schedule prevents any party from seeking to introduce supplemental and/or rebuttal expert testimony as allowed by law and applicable court rules.

The Court further ORDERS the following briefing length-limitation enlargements shall apply:

| **Event** | **Length Limitation** |
|---|---|
| Plaintiffs' Motion for Class Certification | 40 pages |
| Defendant's Response to Plaintiffs' Motion for Class Certification | 40 pages |
| Plaintiffs' Reply in Support of Motion for Class Certification | 19 pages |

IT IS SO ORDERED.

Dated: _____  By: _____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE