# EXHIBIT 1

**Exhibit 1**

**9**

HIGHLY CONFIDENTIAL

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Iola Favell, et al.,** | Case No. 2:23-cv-00846-GW-MAR |
| Plaintiffs; | |
| v. | |
| **University of Southern California and 2U, Inc.,** | |
| Defendants. | |

# EXPERT REPORT OF DR. JOHN CHANDLER, Ph.D.

## JULY 19, 2024

_____

**DR. JOHN CHANDLER, Ph.D.**

**Exhibit 1**
**10**

**Table of Contents**

Page

I.     Background, Qualifications, and Experience ..................................................... 1

II.    Assignment ......................................................................................................... 3

III.   Summary of Opinions ........................................................................................ 4

IV.    Industry Practices in Digital Marketing ........................................................... 5

    A.     Introduction ............................................................................................ 5

    B.     The Marketing Funnel and Marketing Channels ................................... 6

        1.     The Marketing Funnel ................................................................ 6

        2.     Display Advertising .................................................................... 9

        3.     Search Advertising ...................................................................... 9

        4.     Affiliate Marketing ................................................................... 10

        5.     Search Engine Optimization ..................................................... 10

        6.     Social Media Marketing ............................................................ 10

        7.     Email Marketing ........................................................................ 11

        8.     Content Marketing ..................................................................... 11

        9.     Key Terms in Digital Marketing .............................................. 12

    C.     Marketing Ethics .................................................................................. 14

V.     The Enrollment Journey .................................................................................. 16

    A.     Overview ............................................................................................... 16

    B.     Stages of the Enrollment Journey ........................................................ 17

        1.     Awareness ................................................................................. 17

        2.     Interest ....................................................................................... 18

        3.     Consideration ............................................................................ 18

        4.     Application ................................................................................ 19

        5.     Decision .................................................................................... 19

        6.     Enrollment ................................................................................ 20

    C.     Recruitment Strategies ........................................................................ 20

VI.    University of Southern California Marketing and Communication Strategies ................................................................................................................... 24

    A.     Marketing Plans ................................................................................... 24

**Exhibit 1**
**11**

**HIGHLY CONFIDENTIAL**

B.    USC's Fraudulent Rankings ................................................................. 34

C.    Fraudulent Rankings in USC's Marketing ........................................... 36

D.    USC's Email Marketing ...................................................................... 37

E.    USC Rossier's Websites ...................................................................... 40

    1.    About USC Rossier | USC Rossier Online ................................. 42

    2.    USC Rossier School of Education ............................................... 47

    3.    Other Pages with Rankings ......................................................... 55

F.    USC's Search and Display Marketing ................................................. 57

G.    USC's Social Media Marketing .......................................................... 58

    1.    Twitter Posts ............................................................................... 58

    2.    LinkedIn ...................................................................................... 66

    3.    Facebook ..................................................................................... 69

H.    Online Media ....................................................................................... 77

I.    USC's Print Marketing ........................................................................ 77

J.    Student Responses to USC's Ranking Promotion and Marketing Materials .............................................................................................. 79

K.    Scale of USC's Marketing Campaigns ............................................... 79

VII.    Estimated Portion of Students Exposed to Fraudulent Rankings ................. 80

A.    Exposure via Email Campaigns ........................................................... 81

B.    Exposure via Websites ......................................................................... 82

C.    Exposure via Other Channels .............................................................. 83

VIII.    Materials Considered ...................................................................................... 85

**Exhibit 1**
**12**

## I.        Background, Qualifications, and Experience

1.        I am a professor of marketing and have been a practitioner of marketing for twenty-five years. I have worked in analytics and data science since 1999 with a primary focus on digital marketing. As I will elucidate below, I have particular experience in the areas of digital marketing that I have been asked to assess. My academic work is centered on applied data science.

2.        Regarding my academic credentials, my primary academic affiliation is at the University of Montana, where I am a Clinical Professor of Marketing and Ruff Family MSBA Faculty Fellow. Additionally, I am a Visiting Professor of Marketing at Universidad ORT Uruguay and an adjunct professor at the University of San Diego. I earned a Doctorate in Statistics from the University of Montana (2010), a Master's Degree in Mathematics from the University of Washington (1999), and an Honors Bachelor's Degree in Mathematics from Middlebury College, magna cum laude (1996).

3.        Upon graduation from the University of Washington, I began working in marketing analytics with Avenue A, an advertising agency. At the time Avenue A was the largest digital marketing agency in the world. I was the primary analyst for dozens of advertising clients who spent millions of dollars on marketing. I helped develop fundamental techniques for analyzing digital marketing data. In 2000, we formed aQuantive, a holding company with Avenue A as one division. I joined the newly created second division, Atlas DMT, a provider of digital marketing technology to the largest advertising agencies in the world.

4.        At Atlas, where I became the sole Principal Analyst in the company's history, I had three main responsibilities: client analytics, thought leadership, and research and design on new products. As a client analyst, I provided custom analytics support to our largest advertisers.

5.        Our thought leadership involved writing white papers for the industry and giving talks at industry conferences. These white papers were highly scrutinized by our partners and competitors. The first white paper I wrote, "Online Holiday Shopping Patterns Revealed," appeared on the front page of *The Wall Street Journal* [1] and was the first research to identify the phenomenon of "Cyber Monday." Often, my team transformed thought leadership projects, via a research and design process, into products or product features for our technology platform.

6.        In 2003 we launched Drive Performance Media (DrivePM), which leveraged our technology and analytics to create an ad network, arbitraging unsold digital

---

[1] Snel, R. (2001). Consumers Are Likely to Turn to Web For Holiday Shopping, Analysts Say. The Wall Street Journal, https://www.wsj.com/articles/SB1006378597369697160, last visited Mar. 2, 2024.

**Exhibit 1**
**13**

advertising inventory. This division presaged the programmatic display revolution and developed and applied techniques that became fundamental to both demand-side platforms (DSPs) and supply-side platforms (SSPs). I was the first analyst to work on Drive Performance Media and I had shared responsibility for developing algorithms generating tens of millions of dollars in profit.

7.    I was the lead researcher on Atlas's tool "Engagement Mapping," which, when it launched in 2008, was the first large-scale multi-touch attribution tool in marketing technology. Multi-touch attribution is a technology that allows advertisers to apportion the credit for sales across multiple touchpoints in the digital marketing funnel.[2] My dissertation research involved building Cox proportional-hazards models with time-varying covariates to estimate the appropriate weights for these touch-points. Multi-touch attribution ultimately became the gold standard by which digital marketing campaigns were measured.[3] The research white paper I wrote, "Measuring ROI Beyond the Last Ad,"[4] was a reference work for subsequent tool developers.[5]

8.    aQuantive was acquired by Microsoft in 2007 and I joined the research team at Microsoft Advertising. I spent several years working with Microsoft's Advertiser and Publisher Solutions division, doing data science and analytics on a variety of advertising-related projects. In 2010, I became Research Director at Microsoft TV. In this capacity, I was responsible for the analysis of a data set of four million households having a cable set-top box with our software on it. We used the information from these set-top boxes to arbitrage television advertising inventory.

9.    After leaving Microsoft in 2012, I founded a data science consulting company, Data Insights, which has provided enterprise-class marketing and data science to dozens of clients. Our larger clients include LinkedIn, General Mills, Thrivent Financial, Bulletproof Coffee, eBay, Expedia, Nike, Charter Communications, and The Sierra Club. In addition to these clients, I have worked with many smaller clients. In the course of this consulting work, I have built statistical models and methodologies for a wide variety of business applications. Many of these projects relate to marketing analytics. I have worked with digital marketing data consistently during the entire period I have consulted.

---

[2] Rodgers, Z. (2008, May 12). *How One Advertiser Uses Microsoft Engagement Mapping*. Clickz. https://www.clickz.com/how-one-advertiser-uses-microsoft-engagement-mapping/63267/, archive available at https://web.archive.org/web/20230929024455/https://www.clickz.com/how-one-advertiser-uses-microsoft-engagement-mapping/.

[3] Wagner, M. (2021). *Multi-touch attribution: Success is a journey*. AppsFlyer. https://www.appsflyer.com/blog/measurement-analytics/multi-touch-attribution/, last visited Mar. 2, 2024.

[4] John Winston Chandler-Pepelnjak, *Measuring ROI Beyond the Last Ad*, Atlas Institute Digital Marketing Insight, 1-6 (2009).

[5] *See* citing references of Chandler-Pepelnjak, J. (2009). *Measuring ROI beyond the last ad*. Atlas Institute Digital Marketing Insight, 1-6, at https://scholar.google.com/scholar?cites=2613686528995892944&as_sdt=5,24&sciodt=0,24&hl=en, last visited Mar. 2, 2024.

**Exhibit 1**
**14**

10.    In addition to my professional experience, I have academic experience relevant to advertising ecosystems, advertising measurement, and programmatic display advertising. In my dissertation, I applied the tools of statistical learning to web-scale data sets and built advanced attribution models on millions of records to understand marketing effectiveness.[6]

11.    In 2016, I co-authored Algorithms for Data Science, one of the first books on data science as a subject and the first textbook to collect and illustrate fundamental algorithms across both machine learning and statistics.[7]

12.    I have based my opinion on my education in statistics and my work experience in marketing and marketing analytics. I have no stake in the outcome of this case. I am being compensated for my work in this case at my customary rate of $750 per hour. All the opinions I offer herein I hold to a reasonable degree of professional and scientific certainty. My curriculum vitae is attached as Appendix A, and a full list of matters in which I have testified is attached as Appendix B.

## II.    Assignment

13.    I have been asked to offer my expertise on the following subjects:

1)    The digital marketing business structures and practices that pertain to student recruitment for online graduate programs. This includes an account of the role of marketers, marketing campaigns, and marketing techniques used in the industry.

2)    The stages of the "customer journey" related to student recruiting and enrollment.

3)    The marketing channels and strategies relevant to online recruitment, including the role of search engines, display marketing, social media marketing, email marketing, search engine optimization, affiliate marketing, print marketing, and the use of data analysis in marketing campaigns.

4)    The scope of the University of Southern California's Rossier School of Education's recruitment practices, specifically, the portion of matriculating students from 2013 through to 2022 who were recruited for the program with online advertising that made use of fraudulent rankings.

---

[6] John Winston Chandler-Pepelnjak, *Modeling Conversions in Online Advertising*, University of Montana Graduate Student Theses, Dissertations, & Professional Papers (2010), https://scholar-works.umt.edu/etd/670.

[7] Steele, B. M., Chandler, J., & Reddy, S. (2017). Algorithms for data science. Cham, Switzerland: Springer.

**Exhibit 1**

**15**

III.     **Summary of Opinions**

14.     In this report, I address common practice among marketers, particularly those in higher education.  My primary methodology is the application of my 25 years working in digital marketing, including extensive work in every marketing channel discussed within the report. I am applying these years of direct observation and participation in this industry to encapsulate and present the concepts and structures that the vast majority of industry participants would find accurate. I further use my training and experience in the marketing field to ensure that my observations and analyses are consistent with my academic experience teaching marketing classes for the last decade and with the relevant peer-reviewed literature.

1)     2U, on behalf of USC Rossier, engaged in a sophisticated, multichannel marketing strategy. This strategy effectively addressed all stages of the marketing funnel, ensuring comprehensive engagement with prospective students. By leveraging various channels such as email, websites, social media, print, and online media, 2U maximized the reach and impact of its marketing efforts.

2)     2U executed extensive email marketing campaigns that adhered to the best practices within the industry. These campaigns included personalized drip emails to prospective students throughout their decision-making process.

3)     The use of rankings was a key differentiator in 2U's marketing efforts on behalf of USC Rossier. Moreover, there is substantial evidence indicating that 2U regarded the "top-ranked" status as a differentiator of equal or greater importance to specific numerical rankings. This strategic emphasis on rankings was designed to enhance the prestige of USC Rossier's programs.

4)     2U engaged in marketing activities that spanned the entire student enrollment journey. From initial awareness to final enrollment, 2U's marketing strategies were meticulously crafted to attract, engage, and convert prospective students at each stage.

5)     Adhering to a sensible marketing strategy, 2U prominently featured the rankings across various channels, times, and stages of the marketing funnel. This strategic placement ensured that the fraudulent rankings were highly visible and influential throughout the marketing and recruitment process.

6)     By incorporating the fraudulent rankings in the initial emails sent to prospective students, 2U ensured that all or nearly all students were exposed to these rankings at the outset of the student's enrollment

**Exhibit 1
16**

journey. This tactic significantly increased the likelihood that the rankings would influence prospective students' perceptions and decisions.

7) The use of fraudulent rankings on multiple websites related to Rossier and Rossier Online further guaranteed student exposure. By featuring the rankings on key webpages, 2U and USC diminished the already-small fraction of students who might not have seen the fraudulent rankings.

8) The fraudulent rankings were also disseminated through other marketing channels, including earned social media, print marketing, and online media. Although the exact impact of these exposures is unquantifiable, these exposures undoubtedly further reduced the fraction of students who were not exposed to the rankings, ensuring widespread dissemination.

9) Given the extensive and varied exposure methods outlined above, I can state with a reasonable degree of scientific certainty that all or nearly all students at USC Rossier in the MAT and OCL programs during the period of ranking manipulations were exposed to the fraudulent rankings. The pervasiveness of these rankings across multiple touchpoints ensured their near-universal reach.

10) Furthermore, considering the extensive marketing of fraudulent rankings to an audience for whom this information was a key differentiator, it is my professional opinion, as a marketer and as a professor of marketing, that USC's behavior can be fairly described as unethical. The deliberate manipulation and promotion of false rankings to prospective students violate fundamental principles of honesty, transparency, and integrity in marketing practices.

15. My opinions and analysis are based upon the information available to me to date. I may review and consider additional information that may be produced by the parties to this dispute. I intend to supplement my opinions based upon that review, if it is appropriate to do so.

## IV.    Industry Practices in Digital Marketing

### A.    Introduction

16. In the past three decades, marketing has evolved significantly. The most pivotal change in the industry happened in the mid-1990s, when marketers began to regard the internet as a highly profitable advertising medium. Prior to the digital age, advertising agencies primarily created what is now called traditional media: ads of the kind we see on billboards, on television, or in magazines, for example. Most

- 5 -

**Exhibit 1**
**17**

traditional ads are "non-addressable," which means that they are not targeted at particular individuals.

17.    The advent of digital advertising began the era of mass addressability, with marketers extensively targeting ads to individuals. (Before the internet, the only addressable medium was direct mail, which operated on a smaller scale than digital marketing and which was only addressable to the household level.) In the digital era, marketers also became capable of monitoring in near-real time how individuals respond to ads and online media. As the internet increased in popularity, capturing more of the attention of individual users, and as advertisers and publishers developed new tools to enhance digital advertising strategies, a new marketing ecosystem emerged.

18.    The digital advertising marketplace trades in the attention of individuals and the information that their online activities reveal. Advertisers can draw on immense troves of dynamic information about the habits and traits of the audiences they are buying and advertising to. With this information, and with the increasingly sophisticated technologies that both advertisers and publishers develop to access and analyze user information, marketers fine-tune their strategies to increase profits.

19.    In the realm of online recruiting, digital marketing firms cater to universities to provide strategies and support for extensive marketing campaigns. To recruit students for high-cost products like college degrees, marketing firms develop extensive, often expensive campaigns that require that marketers leverage many forms of advertising to move students from awareness and interest to enrollment and tuition payment.

20.    To understand how the University of Southern California's Rossier School of Education marketed to its prospective graduate students, marketing carried out largely through its intermediary, 2U, it is helpful to outline a series of marketing concepts and practices that are essential to an overall marketing strategy. Once I have set forth the basic concepts and strategies that shape online marketing campaigns like those that USC Rossier ran, oversaw, and profited from, I will explain in greater detail at how these tools were deployed to recruit students to Rossier specifically.

## B.    The Marketing Funnel and Marketing Channels

### 1.    The Marketing Funnel

21.    One of the foundational conceptual structures in marketing is called the marketing funnel, which helps explain the stages consumers move through as they learn about products for the first time and later commit to them with purchases or loyalty. Also known as the purchasing funnel, or the advertising funnel, the marketing funnel is a classic framework that has been around for well over a century, first appearing in 1898. It therefore applies both to traditional marketing and digital

**Exhibit 1**
**18**

marketing. In digital marketing, the advertising funnel evolved in a particular way that is helpful to understand for my report.

22.     Let us start with the basics. In one of its original forms, the marketing funnel outlines four stages of marketing: awareness, interest, desire, and action (AIDA). Each of these sections describes a stage in the process of appealing to consumers at various stages of the customer journey that leads from product awareness to a purchase or commitment to a product or brand. The framework of the funnel helps marketers understand the different kinds of ads that are appropriate to consumers at different stages of product engagement. Here is a simple diagram of this funnel:[8]



23.     In a non-idealized world, customers do not necessarily move through all the stages of the advertising funnel in a linear or sequential way, and the funnel has evolved considerably since its original formulation to adapt to different kinds of markets and consumers. In general, the funnel helps us understand and distinguish key practices in advertising campaigns and how they look in both traditional and digital media. As I will show below in Section V, the funnel for matriculating students follows this general pattern, with steps that are more specific to the prospective student experience.

24.     The first stage of the funnel is awareness. This is a stage where marketers work to increase brand recognition or awareness to broaden the base of potential consumers. Hence, the awareness face is the largest part of the funnel. At this stage, marketers adopt strategies that are intended to reach large numbers of consumers,

_____

[8] BronHiggs. (2016). *The Purchase Funnel* [Graphic]. https://commons.wikimedia.org/w/index.php?curid=53843096, last visited Jun. 2, 2024.

**Exhibit 1**
**19**

typically at a low cost. In this phase, marketers might deploy classic offline advertising like billboards in high-volume locations, for example, or broadcast media, like television ads. Display advertising is well-suited to the stage of the funnel because marketers can reach many people at low cost via this channel.

25.     On the other hand, search advertising, being dependent on the behavior of consumers, is uniquely ill-suited for this stage of the funnel. The marketing technology company, Funnel, captures the dynamic between display and search quite well in a recent blog post explicating the well-known differences between the channels:

> Because display ads increase awareness about your brand or product, you can use them at the earliest stages of the advertising funnel. Search ads, on the other hand, encourage people to visit your website and make a purchase. So it's a good idea to use this ad type later on in the buyer's journey.[9]

26.     The second stage of the funnel is interest. At this stage, customers are aware of a brand but are looking to learn more about the brand. Therefore, marketers working in this part of the funnel adopt strategies that help to pique consumer curiosity or answer questions about the brand. At this point, content marketing is important, like the information that customers seek on a website or in testimonials. The landing pages of a company website can be very instrumental in this phase of the funnel. Non-branded search can be useful at this stage, as well as targeted display advertising.

27.     The third part of the marketing funnel is desire. At this stage, marketers want to create appealing ads that help to heighten desire for products or brands. It is in this phase of marketing where we often see the catchy ads produced by the creative group of a marketing firm. In this stage of marketing, social media marketing and influencer marketing can help build enticing brands. Video can also be quite efficient at this stage of the funnel—video is effective at turning interest into desire, and it becomes a question of targeting to reach the desired audience.

28.     The fourth stage of the funnel is action. At this stage, customers convert from advertising to using or embracing a brand or product. Marketers focus on making the brand accessible to consumers who are looking for it, so search marketing, particularly branded search, where marketers deliver ads that are intended to target consumers who are searching for their product online, often play a central role in this stage. Similarly, display retargeting, aimed at consumers who have visited an advertiser's site, can be highly effective here.

29.     After someone purchases a product or service, the action phase of the funnel is also a place where marketers acquire information for future retargeting

---

[9] Dougherty, S. (2024, June 18). *The showdown: display ads vs. search ads.* Funnel. https://funnel.io/blog/display-ads-vs-search-ads, last visited May 14, 2024.

**Exhibit 1**
**20**

campaigns. Many funnels continue the diagram to include phases of the customer journey that turn a customer into a repeat customer and then a brand loyalist. Email marketing is one of the most effective tools to maintain a relationship with a consumer after they have become a customer.

### 2.    Display Advertising

30.    Display advertising is generally banner advertising within websites on the internet. If mentioned without any modifiers, it is typically purchased on a cost-per-thousand-impression (CPM) basis or cost-per-click (CPC) basis.[10] Display marketing is, typically, the easiest way to generate many impressions and reach many people on sites that the advertiser has control over. In the advertising funnel, display likely has the largest share of spend with a goal of increasing brand awareness.

31.    In the realm of display advertising, we also include ads that are designed to retarget or remarket to consumers who have already seen or interacted with previous ads. Whereas traditional display is typically used for brand awareness, retargeted display ads are typically focused on taking a consumer from the "desire" phase to the "action" phase. Retargeted display ads are why, if you put a pair of pants in your shopping cart on the website of a sophisticated marketer, images of those pants haunt your browsing future. Display retargeting is often effective and increases the likelihood that customers will make additional purchases. The reach of display retargeting is typically relatively small, since it is limited by the number of people who have interacted with a website. The performance is usually quite good.

32.    Display advertising forms a unique marketing channel within the digital marketing ecosystem. Display advertising is characterized by its use of visual and multimedia formats to capture audience attention across various websites. Unlike search advertising, which relies on user-initiated queries, display ads proactively reach users based on demographics, interests, or browsing behavior, offering a broader reach that is not limited by search intent. Compared to social media advertising, which integrates seamlessly into the user's social feed and often leverages the platform's rich user data for targeting, display advertising operates across a diverse array of websites. This feature of display enables brands to build widespread awareness and retarget audiences across the web. This capability to visually engage users on a wide range of online spaces, with creative formats like banners and rich media, makes display advertising a unique channel in a marketer's toolkit. Display advertising is a distinct channel from content marketing, which I describe below.

### 3.    Search Advertising

33.    Search advertising was one of the first channels to emerge after the initial era of banner ads, when publishers began to see search engines as a vehicle for

---

[10] Other purchasing forms include time-based buys, where an advertiser shows ads on a certain placement for a certain length of time and cost-per-acquisition deals.

**Exhibit 1
21**

serving ads. Search advertising involves placing small text ads on the search results page of search engines such as Google, Bing, or Safari. These ads typically surround what are called the natural search results, which are not paid for.

34.    Search advertising distinguishes between non-branded search and branded search. Non-branded search ads are displayed when people search for terms that do not include corporate brands, such as "painkiller." Non-branded search has been called "the database of intentions" and these ads typically perform extremely well. Reach is limited by the popularity of the search terms the advertiser bids on. Branded search ads are those displayed when someone searches for a branded term, such as "Advil."

### 4.    Affiliate Marketing

35.    Affiliate marketing is a practice that allows affiliates of a brand to earn commission when they sell or share information about a product or service that leads to a sale. Affiliate marketers use techniques such as SEO and content marketing to create informational portals for consumers at the awareness and interest steps of the funnel.[11]

### 5.    Search Engine Optimization

36.    Search Engine Optimization (SEO) is the process of improving a website or set of websites so that sites are more visible and more highly ranked in searches on search engines like Google and Bing. In the early days of SEO, companies would often create multiple websites in order to experiment and strategize ways to direct traffic to their brand

### 6.    Social Media Marketing

37.    Social media advertising is defined as advertising that takes place within the context of a social media site or app. The actual advertisements on social media often appear like advertisements from other channels such as display, video, or content marketing. The difference between social media advertising and these other channels is the use of the data that is unique to social media: the network connections between individuals. Thus, a banner advertisement shown on Facebook would be considered a social media advertisement and not a display advertisement.

38.    The marketing under the banner "social media advertising" can take many forms, but I will focus briefly on the kinds of ads that marketers purchase to place on social media platforms (as opposed to other forms of social marketing, which include influencer marketing, content marketing, and earned-media word-of-mouth

---

[11] In retail, affiliate marketers also play a role at the action stage. Many sites aggregate coupon codes that consumers can use for discounts on purchases. This type of marketing is not relevant in higher education.

**Exhibit 1**
**22**

marketing). Social media ads take the form of ads on sites like Facebook or Insta-gram, video ads on sites like Twitch or YouTube, or text-like ads on a site like X (formerly Twitter). Social media marketing is effective, as social media companies, together with the search engines, are the best in the world at predicting what people will be interested in. While search is the "database of intentions," social media com-panies make use of the affinity between consumers' interests and that of their social media connections. Social media companies target different demographics more ef-fectively than channels such as display or search.

### 7. Email Marketing

39.    At its most annoying level, email marketing is the spam that clogs your inbox. The incremental cost of sending an email is vanishingly small, which is why inboxes are choked with so much spam. Email marketing is an effective tactic and is carried out by most marketers. The reach is limited by the size of the email lists that the advertiser has compiled, purchased, or both. As I mention above, email marketing is often used at the stage of retargeting for consumers who have already made a pur-chase or for consumers who have already interacted with prior advertising.

40.    Email prospecting is the process of purchasing emails, typically belong-ing to users who fit a desired consumer profile. These people are then sent messages on a regular basis attempting to get them to engage with a site. Once that engage-ment has taken place, consumers are typically put on a regular schedule of emails. This schedule, called a "drip" campaign to capture the persistent-but-small doses of marketing, typically forms the backbone of a marketer's strategy to migrate consum-ers down the funnel.

### 8. Content Marketing

41.    Content marketing is the creation and distribution of content that tries to be valuable and relevant to consumers, with the goal of attracting and retaining an audience. Unlike traditional advertising, which directly promotes products or ser-vices, content marketing aims to provide useful information that helps potential cus-tomers solve problems or learn something new, thereby building trust and brand loy-alty over time.

42.    In the realm of digital marketing, content marketing encompasses a va-riety of formats, including blog posts, articles, videos, infographics, e-books, and pod-casts. These content pieces are designed to engage the audience at different stages of the marketing funnel, from awareness to decision-making. At the top of the funnel, content marketing efforts focus on raising awareness about a firm's brand or product. This stage involves creating content that answers common questions or addresses broad topics of interest to the target audience.

43.    As potential students move down the funnel, content marketing shifts to more detailed and specific information. This includes case studies, white papers,

**Exhibit 1**
**23**

and detailed guides that help prospects understand how a particular program can meet their needs. Webinars and virtual open houses can also play a crucial role at this stage, offering prospective students a deeper look into the institution and its offerings. Content marketing is not just about creating content; it also involves strategic distribution across channels to ensure that it reaches the right audience. Social media platforms, email newsletters, and SEO-optimized webpages are all critical components of a successful content marketing strategy.

### 9.    Key Terms in Digital Marketing

44.    In order to understand my analysis of online recruiting in general, and USC Rossier's online marketing in particular, it is helpful to understand the following concepts that marketers use to build and measure the success of marketing campaigns:

*Impressions.* An impression is the unit of measurement of digital advertising and represents a single instance of a particular ad being shown. The IAB has a technical definition[12] that takes into account things like bot activity, error codes, and when the impression happens. One can think of an impression as the viewing of an advertisement. In broadcast TV, there are as many impressions of a single spot as there are televisions turned to that channel when the spot airs. Out-of-home impressions are determined by the number of people passing by the ad at an angle which allows them to see the content. On the web, impressions are views of ads, although there are areas of dispute, such as whether an ad could have actually been seen by a user.[13]

Impressions help marketers know the raw tonnage of their advertising. Advertisers also take stock of locations where their advertisements are appearing (on which platforms, sites, geographic locations, etc.). When advertising content is shared through online communication and social media, new impressions are generated. Impressions are the currency of most digital advertising.

*Reach.* The number of unique people who come into contact with specific marketing content. Reach helps marketers know how well they are saturating an audience with advertising. When consumers engage with advertising, they provide a new, powerful set of data points. Digital marketing practitioners use the metric reach, but typically are actually using "cookie reach"—the number of *computer browsers* reached by a campaign. I will reserve the term "reach" to indicate reach to people and use "cookie reach" when I am describing estimates of reach to computer browsers (e.g., a particular instance of Firefox on someone's computer).

---

[12] IAB. (2020, October 28). Glossary of Terminology. Interactive Advertising Bureau. https://www.iab.com/insights/glossary-of-terminology/, last visited May 9, 2024.
[13] Google Ad Manager. (n.d.). Overview of Viewability and Active View. https://support.google.com/admanager/answer/4524488?hl=en, last visited May 9, 2024.

**Exhibit 1**
**24**

***New Reach.*** For campaigns that span multiple time periods (say, months), marketers use "new reach" to indicate people reached by a campaign in a given time period who were not reached in previous time periods. In the first time period, all reach is considered new reach. In the second time period, new reach is a portion of the reach in that time period, since some members of the audience had already been exposed to advertising. The total reach for a long time period is the sum of the new reach in each underlying period, assuming those underlying periods partition the larger period.

***Frequency.*** The number of times a specific piece of marketing content came into contact with a single consumer. Impressions, reach, and frequency are related by a straightforward equation: $Impressions = Reach \cdot Frequency$. Typically, in digital marketing, both the reach and frequency figures are in terms of cookies (i.e., "cookie reach" and "cookie frequency") and practitioners often elide the distinction. Since reach measures the number of people in contact with specific content, frequency tells us about repetition with the same content. Commonly, marketers seek a sweet spot for frequency—too little and your ad may not make a cognitive impact on consumers; too much and you have wasted advertisements that would have been better spent reaching a new audience.

At its most basic, frequency is reported as the ratio of impressions to reach. More sophisticated marketers ask for full frequency distributions. These tell a marketer the percentage of their audience that is reached one time, two times, etc. Regardless of method of reporting and calculation, frequency is typically monitored to ensure that consumers are receiving enough advertising to break through the clutter, but not being "burned out" on the advertisement.[14]

***Targeting.*** Targeting is a mechanism by which advertisers can narrow the scope of their advertising, seeking homogeneous groups of users to whom they may tailor messages. There is a constant tension between the size of an audience and similarity of its response to advertising offers. Virtually all marketers do some form of targeting. Retargeting, where advertisers show ads to people who have visited their website, typically has the smallest reach but the best performance. There are many other flavors of targeting as we increase the size of the audience, with the most general typically being targeting based on demographics (e.g., women between 35 and 54 years old) or geography (e.g., everyone in the San Francisco area). Many vendors will sell to "interest segments" such as pet owners, travel enthusiasts, or people in the market for a new car.

---

[14] S. Schmidt & M. Eisend (2015) Advertising Repetition: A Meta-Analysis on Effective Frequency in Advertising, Journal of Advertising, 44:4, 415-428, DOI: 10.1080/00913367.2015.1018460.

**Exhibit 1
25**

### C.    Marketing Ethics

45.    Unlike fields like law and medicine, marketing is not a profession governed by a legal code of ethics. Nevertheless, ethics are an important part of the industry and all working professionals wrestle with ethical dilemmas. The American Marketing Association (AMA) publishes a set of ethical standards that capture the key tenets of marketing ethics.[15]

46.    The AMA statement of ethics articulates a set of principles guiding marketers to act responsibly and ethically in their professional activities. One key point is the notion that ethical behaviors are often learned through experience in the field, as marketers navigate the complexities of their industry. This practical learning is vital as marketers must integrate ethics into everyday decisions and strategies.

47.    The statement of ethics includes a set of three principles, from which I will quote at length. "As Marketers, we must:

- Do no harm. This means not only consciously avoiding harmful actions or omissions but also striving to benefit all stakeholders and society at large. We must embody high ethical standards and, at a minimum, adhere to all applicable laws and regulations in the choices we make.

- Foster and maintain integrity. This means striving for transparency and fairness in all aspects of the marketing ecosystem.

- Embrace ethical values. This means building relationships and enhancing stakeholder confidence by affirming these core values: honesty, responsibility, equity, transparency, and citizenship."

48.    The statement continues with a discussion of the specific ethical values outlined in the final bullet point. The "Honesty" section of the AMA's ethical guidelines emphasizes the importance of truthfulness in all dealings with stakeholders. It advocates that marketing professionals reject manipulative tactics and ensure that all communications are transparent and uphold the trust of the audience. Furthermore, it highlights the need to deliver on both explicit and implicit commitments, ensuring that marketed solutions align with the claims made in their promotion.

49.    The "Responsibility" section emphasizes the need for marketers to recognize their social and environmental duties, especially as their influence grows. It stresses exceeding legal standards in protecting sensitive information and accepting the outcomes of their marketing choices. The "Equity" section advocates for diversity

---

[15] American Marketing Association. (2023, May 26). AMA Statement of Ethics. https://www.ama.org/ama-statement-of-ethics/, last visited, July 14, 2024.

**Exhibit 1**
**26**

and inclusiveness within marketing teams and practices, urging respect for cultural differences and avoiding stereotypes in marketing materials.

50.    The "Transparency" section of the ethical guidelines calls for openness and clear communication in all marketing activities. Marketers are encouraged to openly accept and incorporate feedback from various stakeholders, disclose potential risks, and fully inform on matters that could influence decisions. Conflicts of interest should be avoided, and contributions from colleagues and collaborators should be acknowledged, ensuring that all involved parties are recognized for their efforts in marketing projects.

51.    The "Citizenship" section emphasizes marketers' broad responsibilities, including economic, legal, philanthropic, and societal duties that benefit stakeholders. It stresses the importance of valuing marketing's role in both business and broader society. Key focuses include striving for environmental protection, promoting sustainability transparently, and actively contributing to community welfare through volunteer work and donations. Importantly, the section advocates for compelling all partners in the marketing ecosystem to adhere to fair trade practices, ensuring equity and fairness in production and trade processes.

52.    There are other commonly referenced ethical guidelines. The Association of National Advertisers (ANA) has published an extensive set of guidelines for advertisers.[16] The ANA Guidelines for Ethical Business Practice emphasize a commitment to data stewardship, transparency, and consumer respect, particularly focusing on fair marketing practices. They advocate rigorous adherence to privacy policies, offer clarity in marketing communications, and promote fair trade practices, emphasizing the importance of ethical dealings in all data-driven marketing. Both the AMA and ANA sets of guidelines highlight the ethical obligations of marketers to stakeholders and the community at large, though the ANA guidelines specifically detail fair trade practices among partners, ensuring that all participants in the marketing ecosystem are treated fairly.

53.    While ethical guidelines set a framework for behavior within the industry, adherence to legal standards is enforced by entities like the Federal Trade Commission (FTC). The FTC's rules for advertising and marketing on the Internet, often referred to as the "Rules of the Road," mandate that claims in advertisements must be truthful, not misleading, and substantiated to prevent deception.[17] The FTC emphasizes the importance of clear and conspicuous disclosures in advertising to ensure that consumers are not misled about the nature of the offer or product. This legal

---

[16] Association of National Advertisers. (2020, July). *Guidelines for Ethical Business Practice (as developed by DMA).* https://www.ana.net/getfile/30491, last visited May 3, 2024.

[17] Federal Trade Commission. (2000, December 12). Advertising and marketing on the internet: Rules of the road. https://www.ftc.gov/business-guidance/resources/advertising-marketing-internet-rules-road, last visited May 3, 2024.

**Exhibit 1**
**27**

framework supports ethical guidelines by ensuring accountability and protecting consumer rights in digital and traditional marketing practices.

54.    Based on these standards of marketing ethics, there are several dimensions along which USC's behavior may fairly be considered unethical:

1.    USC fraudulently improved its rankings and allowed those rankings to be promulgated to prospective students, violating the tenets of honesty and avoiding harm.

2.    USC either allowed 2U to center these fraudulent rankings or failed to provide oversight preventing 2U from doing so, violating the tenets of responsibility and transparency.

## V.    The Enrollment Journey

### A.    Overview

55.    As marketing generally has changed over the last 40 years, so too has the process of recruiting students for programs, including online graduate programs.[18] This section explains the various stages of the enrollment journey, providing a detailed look at the methods and practices used by universities and colleges to recruit students for their online graduate offerings.[19]

56.    In addition to the cited material, this section is based on my extensive experience working with the admissions department at the University of Montana, starting in 2015. As part of that work, I was responsible for analyzing the efficacy of recruitment strategies and evaluating marketing plans employed by the university. Through my role on the campus-wide search committee for the University of Montana Vice President of Marketing Communication, I was exposed to strategies and practices at dozens of other universities and colleges.

57.    Institutions leverage technology, data analytics, and personalized communication to create a compelling enrollment experience.[20] Traditional marketers use the marketing funnel to segment customers based on their proximity to a purchase. Similarly, these institutions divide the audience for their marketing and

---

[18] For a view of how higher education marketing was practiced last millennium, *see* Bingham Jr, Frank G., *An enrollment marketing plan for institutions of higher learning: An update*, Journal of Marketing for Higher Education 7.2, 43-56 (1996).

[19] Labausa, Froilan S., Janine M. Pinca, and Nancy E. Cruda, *Investigating Digital Marketing Strategies in influencing student enrollment decisions in tertiary education,* Canadian Journal of Business and Information Studies, 119-133 (2023).

[20] Gabelaia, I. *The Enrollment Marketing Playbook: Employing Enrollment Marketing Strategies into Student-Centric, Customer Service-Oriented Recruiting Environment.* In: Kabashkin, I., Yatskiv, I., Prentkovskis, O. (eds) Reliability and Statistics in Transportation and Communication. (2021). Accessed on July 18, 2024. https://doi.org/10.1007/978-3-030-68476-1_72.

**Exhibit 1
28**

advertising into stages of the enrollment journey. This journey typically comprises several key stages: awareness, interest, consideration, application, decision, and enrollment. Similar to the marketing funnel, each stage presents opportunities and challenges for engaging prospective students and guiding them towards enrollment at the institution.

58.    In the following subsections, we will explore each stage of the enrollment journey in detail. From marketing and branding efforts to personalized follow-ups and support, this section describes the approaches and tools institutions use to navigate the complexities of student recruitment in the digital age.

## B.    Stages of the Enrollment Journey

### 1. Awareness

59.    The awareness stage is the initial phase of the enrollment journey, where prospective students first become aware of an institution's online graduate programs. During this phase, institutions aim to capture the attention of potential students and inform them about the existence and benefits of their programs. The goal is to reach a broad audience and generate interest, making students aware that these educational opportunities are available and worth exploring.

60.    To effectively reach students during the awareness stage, institutions use digital marketing, leveraging social media platforms[21] like Facebook, Instagram, LinkedIn, and YouTube to target prospective students with tailored ads and engaging content. Broad scale display advertising represents an affordable way for institutions to reach prospective students at this stage of the funnel. Search engine optimization (SEO) and paid search ads ensure that the institution's programs appear prominently in search engine results when students look for online graduate programs. Additionally, content marketing strategies such as blogs, articles, and video content provide valuable information that highlights the strengths and unique aspects of the programs offered.

61.    Institutions may also use traditional marketing channels such as print advertisements, radio spots, and participation in education fairs and conferences. Hosting webinars and virtual open houses allows prospective students to interact directly with faculty and current students.

62.    Success in the awareness stage is measured by the reach and engagement of marketing efforts. Key performance indicators include metrics such as website traffic, social media engagement (likes, shares, comments), and the number of views on promotional videos. The increase in the number of inquiries and sign-ups

---

[21] Thornton, Kimberly K., Understanding the role of social media on a student's college choice process and the implications on a university's enrollment and marketing strategies. Diss. Louisiana Tech University, 2017.

**Exhibit 1**
**29**

for newsletters or information sessions can also serve as indicators of successful awareness campaigns. Institutions often use analytics tools to track these metrics, gaining insights into which strategies are most effective and refining their approaches accordingly. A successful awareness stage sets the stage for higher engagement in subsequent stages of the enrollment journey, ultimately leading to increased applications and enrollments.

## 2. Interest

63.    The interest stage of the enrollment journey builds upon the awareness generated in the initial phase, focusing on converting the awareness generated in the previous stage into interest in applying. At this point, students have some knowledge of the programs and are beginning to seek more detailed information to determine if these offerings align with their educational and career goals.

64.    Institutions employ personalized communication strategies to maintain and heighten this interest. Techniques include sending tailored emails that provide in-depth information about specific programs, highlighting curriculum details, faculty expertise, and unique features such as flexible scheduling or specialized resources. Social media plays an important role in the interest stage. Institutions use social media platforms to share content such as student testimonials, faculty interviews, and success stories that resonate with prospective students.

65.    Success in the interest stage is often measured by the level of engagement from prospective students. Metrics such as click-through rates on emails, attendance at virtual events, time spent on program-specific webpages, and interactions on social media posts are indicative of how effectively the institution is maintaining interest.

## 3. Consideration

66.    The consideration stage of the enrollment journey marks a shift from simply being interested in an institution's online graduate programs to actively evaluating their feasibility and benefits. At this stage, prospective students dig deeper into the specifics of the programs, weighing factors such as curriculum quality, faculty expertise, cost, financial aid opportunities, and career outcomes. This stage is characterized by a more analytical and discerning approach as students seek to make an informed decision.

67.    While the techniques used to engage students in the consideration stage are largely similar to those in the interest stage, the content becomes more detailed and specific. Personalized communications, such as tailored emails and one-on-one consultations, become even more critical in addressing individual concerns and questions. Additionally, targeted display advertising and targeted social media advertising are strategies institutions can use to continue messaging to prospective students who are in the consideration stage.

- 18 -

**Exhibit 1
30**

68.    The key difference between the interest and consideration stages lies in the depth and specificity of information sought by prospective students. While the interest stage is about capturing and maintaining curiosity, the consideration stage focuses on providing detailed, persuasive information that helps students make a well-informed decision about whether to apply.

### 4.  Application

69.    The application stage of the enrollment journey is a critical phase where prospective students decide to apply formally to an institution's online graduate programs. This stage involves completing and submitting application forms, providing necessary documentation, and often paying an application fee. At this point, students are convinced enough of the program's potential benefits that they are willing to invest time and effort into the application process.

70.    The techniques used during the application stage focus on facilitating a smooth and supportive application experience. Institutions may streamline the application process by offering user-friendly online application portals, clear instructions, and comprehensive guides.[22] Personalized support can play a vital role in this stage. Admissions counselors often reach out to applicants to offer assistance, answer questions, and provide guidance on required documents and deadlines. Webinars and virtual workshops focused on application tips and preparation can help demystify the process and boost applicants' confidence.

71.    Measuring success in the application stage involves tracking the number of completed applications, conversion rates from inquiries to applicants, and the quality of the applicant pool. Institutions use these metrics to refine their recruitment strategies and ensure they are effectively supporting prospective students through the application process.

### 5.  Decision

72.    The decision stage of the enrollment journey is where prospective students make their final choice about whether to accept an offer of admission. This stage is pivotal, as it involves weighing all gathered information, comparing options, and ultimately deciding which institution and program best align with their academic and career goals.

73.    During this stage, institutions focus on reinforcing the value and benefits of their programs to sway decisions in their favor. Personalized follow-ups from admissions counselors, faculty members, and even current students can make a significant impact. These communications often address any lingering concerns, provide

---

[22] Chen, Szu-Chieh, et al. "Google analytics of a pilot study to characterize the visitor website statistics and implicate for enrollment strategies in Medical University." BMC Medical Education 20 (2020): 1-12.

**Exhibit 1**
**31**

additional details about the enrollment process, and highlight the supportive community and resources available to students. At this stage of the funnel, direct mail becomes more economically viable due the diminished size of the pool and its higher concentration.[23]

74.　Institutions also organize admitted student events, both virtual and in-person, to give prospective students a taste of the campus culture and community. These events can include Q&A sessions, virtual campus tours, webinars with faculty, and meet-and-greet opportunities with future classmates. The goal is to create a sense of belonging and excitement about joining the program.

75.　Success in the decision stage is measured by yield rates, which indicate the percentage of admitted students who choose to enroll. Tracking the reasons why students accept or decline offers provides valuable insights for refining recruitment strategies and addressing potential weaknesses.

### 6. Enrollment

76.　The enrollment stage is the final phase of the enrollment journey, where prospective students officially transition into enrolled students. This stage focuses on completing all necessary administrative tasks and providing support to ensure students feel welcomed and prepared for their academic experience.

77.　Institutions prioritize smooth and efficient processes during this stage to confirm students' intent to enroll. This involves collecting enrollment deposits and verifying that all required forms and documentation are completed. Typically, marketing is not a large part of the decision-to-enrollment process.

### C. Recruitment Strategies

78.　Data-driven recruitment strategies are crucial for effectively reaching and engaging prospective students. Institutions leverage analytics to track and understand prospects' behavior, preferences, and engagement patterns. By analyzing data from various touchpoints, such as website visits, email interactions, and social media engagements, universities can tailor their marketing campaigns to meet the specific needs and interests of their target audience.

79.　Customer Relationship Management (CRM) systems play a vital role in managing these interactions. CRMs enable institutions to maintain detailed records of prospective students, track their progress through the enrollment funnel, and personalize communications. Personalized follow-ups, targeted content, and timely reminders about application deadlines and events are made possible through the effective use of CRM systems.

---

[23] Isaias, Aldo Maino. "Marketing strategies in enrollment management: Direct mail and financial aid." INNOVA Research Journal 1.1 (2016): 34-39.

**Exhibit 1**
**32**

80.    Events, both virtual and in-person, are used by institutions to engage prospective students and give them a sense of the institution's community and culture. Virtual events, such as webinars and virtual open houses, have become increasingly important, especially for online graduate programs.

81.    To recruit students for online graduate programs, institutions employ the marketing channels described in the previous section, tailored to each stage of the enrollment journey. The table below outlines how various marketing channels are utilized throughout the enrollment funnel, providing insights into their specific applications and benefits at each stage:[24]

| Channel | Aware. | Interest | Consd. | Appl. | Decision | Enroll. |
|---|---|---|---|---|---|---|
| **Paid Search** | Use paid search ads to appear in search results when prospective students search for relevant programs. | Retarget prospective students who have shown interest by visiting the website. | Show ads that highlight detailed program benefits and comparisons to competitors. | Show ads reminding about application deadlines and benefits of the program. | - | - |

[24] Web. (2023, June 27). *Eight tips on marketing online degree Programs*. Mad Genius Agency. https://madg.com/2023/06/27/eight-tips-on-marketing-online-degree-programs/; Noaman, A. (2024, June 8). *How to Recruit Online Students: A playbook for growing Online Enrollment*. Elliance Blog | Ideas, Insights And Inspirations. https://aha.elliance.com/2024/02/05/how-to-recruit-online-students-a-playbook-for-growing-enrollment/; Salesforce. (n.d.). *5 student recruitment strategies for higher education*. Salesforce. https://www.salesforce.org/resources/article/student-recruitment/; Symplicity. (n.d.). *How to Execute a Highly-Effective University Recruitment Strategy.*

**Exhibit 1
33**

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEO** (Search Engine Optimization) | Optimize website content to appear in search results for relevant keywords. | Create SEO-optimized content that answers common questions about the programs. | Develop detailed program pages that rank well in search results. | Create SEO-friendly content on application tips and deadlines. | Optimize pages with decision-making content, like testimonials and success stories. | - |
| **Social Media** | Use social media platforms to run awareness campaigns and engage with a broad audience. | Share engaging content, such as webinars and virtual tour invites, to build interest. | Post detailed information about programs, faculty, and success stories. | Share reminders about application deadlines and support resources. | Highlight student testimonials and decision-support content. | Share information about orientation programs and initial steps. |
| **Display** | Display ads on relevant websites to increase brand visibility and program awareness. | Retarget display ads to visitors who have shown interest in the website. | Use display ads to emphasize program benefits and detailed information. | Use display ads to remind prospective students of application deadlines. | Display ads offering financial incentives and emphasizing program benefits. | - |

**Exhibit 1**

**34**

| **Email Pro-spect-ing** | Send in-troduc-tory emails to pro-spective students to raise aware-ness about the pro-grams. | Send person-alized emails with de-tailed program infor-mation and invi-tations to webi-nars. | Follow up with emails that pro-vide in-depth pro-gram de-tails and compari-sons. | Send emails with ap-plication tips, deadline remind-ers, and support offers. | Send emails highlight-ing final decision factors and incen-tives. | Send wel-come emails with de-tailed next steps and orientation info. |
|---|---|---|---|---|---|---|
| **Content Market-ing** | Publish blogs and arti-cles that provide valuable infor-mation about the field and the institu-tion. | Create content that an-swers detailed ques-tions about the pro-grams and stu-dent life. | Develop case stud-ies, suc-cess sto-ries, and detailed program guides. | Publish content on appli-cation tips, re-quired docu-ments, and dead-lines. | Share content on financial aid, schol-arships, and deci-sion-mak-ing tips. | Provide content about the enrollment process, orienta-tion, and support services. |
| **Affiliate Market-ing** | Partner with rel-evant websites and in-fluenc-ers to promote pro-grams. | Work with affil-iates to share detailed program infor-mation and en-gage their au-dience. | Collabo-rate on content that high-lights the program's strengths and com-parisons. | Use affil-iates to share applica-tion tips and deadline remind-ers. | Have affil-iates share deci-sion-support content like testi-monials and suc-cess sto-ries. | - |

**Exhibit 1**

**35**

**VI.    University of Southern California Marketing and Communication
Strategies**

### A. Marketing Plans

82.    In order to recruit students for its online graduate programs, from 2008-2023, the University of Southern California's Rossier School of Education contracted with the startup 2U.[25] At the time that USC hired 2U, Rossier wanted to grow its online enrollment, improve its reputation, and increase its financial yield from online enrollment. 2U was contracted both to conduct marketing campaigns that would achieve these goals, and to recruit students for USC's Rossier School of Education. On behalf of USC, 2U conducted marketing and recruiting activities for its online Master's In Teaching (MAT) and its online Doctor of Education in Organizational Change and Leadership (EdD in OCL).[26]

83.    We have marketing plans for the following years: 2013,[27] 2014,[28] 2015,[29] 2017,[30] 2019,[31] 2020,[32] 2021,[33] and 2022.[34] These documents provide an overview of the marketing activities at the heart of this report, although they cover much of the same material from year to year. Later in this section, I go through the 2015 marketing plan in detail, and use that as the primary backbone of the discussion of the techniques used. Before that discussion, I will highlight notable features of the other years.

84.    The 2013 marketing overview begins by listing the ranking as the number one key message of the brand's identity, saying "Top-ranked School of Education, #17 (U.S. News & World Report)."[35] The document goes on to list a variety of applicant "personas", a fictional profile for marketers to consider in their marketing plans. The 2013 channels planned include display, email, social media, portals, and search.[36]

---

[25] Hamilton, M. & H. Ryan (2023, November 14). USC No Longer Working With Online Degree Company 2U. GovTech. https://www.govtech.com/education/higher-ed/usc-no-longer-working-with-online-degree-company-2u, last visited July 17, 2024; See also, USC_FAV_000025008_2U.

[26] 2U_FAVELL_00014148.

[27] 2U_FAVELL_00001127.

[28] 2U_FAVELL_00000986.

[29] 2U_FAVELL_00000416.

[30] USC_FAV_000042278.

[31] 2U_FAVELL_00000001 and 2U_FAVELL_00001484.

[32] 2U_FAVELL_00000012.

[33] 2U_FAVELL_00000462.

[34] 2U_FAVELL_00001574.

[35] 2U_FAVELL_00001127 at 29.

[36] 2U_FAVELL_00001127 at 43.

**Exhibit 1
36**

Usefully, this plan includes the following estimates of drop-off throughout the funnel, calculations that I will use in the final section of the report:[37]

## *Inbound Marketing*

### 2012 Overview- Organic

| | |
|---|---|
| Unique visitors | 310,00 |
| Page views | 860,000 |
| Leads | 5,000 |
| Started apps | 1,000 |
| Enrollments | 140 |
| Frequently viewed pages | /admissions/admissions-overview |
| | /admissions/tuition-financial-aid |
| | /u-s-education-versus-the-world-infographic |
| Visitor breakdown | Non-Branded Search - 41% |
| | Branded Search - 12% |
| | School Referral Links - 4% |
| | Non-School Referral Links - 14% |
| | Direct Traffic - 13% |
| | Other - 16% |
| Conversion rate | 1.6% of website visitors request information |

85.     The 2014 marketing plan follows a largely similar framework, with a great deal of attention paid to reducing costs.[38]

86.     I will address the 2015 marketing plan in more detail below. I was unable to find the 2016 marketing plan.

---

[37] 2U_FAVELL_00001127 at 46.
[38] 2U_FAVELL_00000986 at 87-91.

**Exhibit 1
37**

87.    The 2017 marketing plan indicates continuing efforts on the same marketing channels as the previous plans: affiliate marketing/portals, search, social media, display, and email.[39] As I discuss below, 2U used a strategy of including the ranking information in the first email message for both paid and unpaid emails.[40] The paid emails represent lists that 2U purchased on USC's behalf and by 2017 there were 83,000 purchased email addresses from one source alone, students taking the GRE with an interest in education.[41]

88.    I was unable to find the 2018 marketing plan in the production.

89.    The 2019 marketing plans were split between the MAT and OCL programs. The OCL plan provides an overview for that program and hits the same key themes as the other documents, such as themes, funnel metrics, and program status. The MAT document follows a near-identical format. The 2020 plan is similar, providing a program overview, 2019 highlights and performance metrics, and the priorities for 2020. The 2021 marketing plan continues to follow the general format, with the addition of the school counselor program and detailed analyses of the strengths, weaknesses, opportunities, and threats to each program. This marketing plan is notable because the production includes detailed speaker notes about each slide. This presentation explains 2U's responses to the onset of the COVID-19 pandemic.

90.    The 2022 marketing plan begins with high-level takeaways about channel mix, indicating that organic traffic converts to enrollment at approximately double the rate of paid traffic.[42] The subsequent slide illustrates the channel mix, which is largely the same as the previous years, though search is broken out into branded and non-branded and the minisites are recategorized.[43] When discussing social media, 2U mentions that, in 2020, they were the largest advertiser on LinkedIn, indicating the efficacy of the targets provided by that publisher. As I describe below, many Rossier alumni tout the fraudulent rankings on their LinkedIn profile pages.

91.    The 2015 marketing plan is a useful exemplar of the marketing plans that 2U created for USC. This plan indicates that 2U planned and implemented a variety of marketing and recruiting activities which are consistent with an extensive campaign spanning the enrollment funnel as I have outlined the funnel above. We can see in the copies of slides below that illustrate 2U's strategies that 2U used a full range of marketing and recruiting channels to recruit for USC.

---

[39] USC_FAV_000042278 at 94.

[40] Paid emails represent those to email addresses purchased by 2U. Unpaid refers to email addresses captured from the website, at no cost to 2U.

[41] USC_FAV_000042278 at 314.

[42] 2U_FAVELL_00001574 at 80.

[43] 2U_FAVELL_00001574 at 81.

**Exhibit 1**
**38**

92.     The following images for the 2015/2016 campaign demonstrate that 2U sought to generate demand for USC Rossier's two programs, and planned to increase enrollment each year by a distinct margin:[44]



---
[44] 2U_FAVELL_00000416 at 17, and 2U_FAVELL_00000416 at 18.

**Exhibit 1**

**39**

# 2015/2016 Cohort Targets

|  | Low | Mid | High |
|---|---|---|---|
| Master's Programs |  |  |  |
| May 2015 | 80 | 90 | 100 |
| Sept 2015 | 125 | 130 | 145 |
| Jan 2016 | 100 | 110 | 120 |
| Master's Total | 305 | 330 | 365 |
|  |  |  |  |
| EdD Program |  |  |  |
| May 2015 | 50 | 55 | 60 |
| Sept 2015 | 65 | 75 | 85 |
| Jan 2016 | 60 | 75 | 80 |
| EdD Total | 175 | 205 | 225 |
|  |  |  |  |
| **Projected Total** | **480** | **535** | **590** |

3    |    Confidential

93.    We can see from the slide below that 2U had a substantial budget for marketing and recruiting across a wide range of channels, including search, social, display, content, and website marketing:[45]

---

[45] 2U_FAVELL_00000416 at 419

**Exhibit 1**
**40**

## Marketing Budget and Staffing

| | 2015 Budget | 2014 Budget |
|---|---|---|
| **Demand Generation**<br>(Paid search, social, display, content, website) | $2,611,000 | $2,429,000 |
| **Admissions Counselors**<br>(Includes director, two managers, 17 counselors) | $1,834,000 | $1,535,000 |
| **Marketing Staff and Licensing**<br>(12 fully and partially dedicated marketing staff + marketing software licenses) | $1,505,000 | $1,777,000 |
| **Total** | **$5,942,000** | **$5,741,000** |

94.     It is also worth noting that 2U planned to present its staff as Admissions Counselors, a role typically given to staff persons within the university in order to guide students through educational decisions. As we will see below, these marketers presenting themselves as counselors worked aggressively to enroll USC Rossier online students.

95.     We can see in the following slide that 2U adopted the marketing funnel to guide its enrollment strategies:[46]

---

[46]2U_FAVELL_00000416 at 25.

**Exhibit 1
41**



96.    2U monitored the conversion rate of its recruiting efforts across different marketing channels. We can see this in the slide below that describes patterns 2U observed in 2014:[47]

# 2014 Spend and Conversion

| | Demand Gen Spend | Prospect Generated | Enrolled Students | Conversion Rate |
|---|---|---|---|---|
| Paid Search | $1,169,676 | 5,913 | 76 | 1.29% |
| Portal | $312,215 | 4,775 | 30 | 0.63% |
| Paid Display | $245,218 | 1,457 | 9 | 0.64% |
| Contextual Partnerships | $249,888 | 6,267 | 28 | 0.45% |
| Paid Social | $236,294 | 3,853 | 12 | 0.31% |
| Other Channels | $22,879 | 1,278 | 13 | 1.05% |
| Mini Site | $- | 10,272 | 25 | 0.24% |
| Web | $- | 7,112 | 218 | 3.06% |
| Direct Apply | $- | 1,553 | 85 | 5.46% |
| **Total** | **$2,236,170** | **42,480** | **497** | **1.05%** |

Inbound/Organic

11    |    Confidential

---

[47] 2U_FAVELL_00000416 at 26.

**Exhibit 1**

**42**

97.    2U also ranked keyword searches:[48]

# Keyword Rankings

| Keyword | Google Rank | Monthly Search Volume |
|---|---|---|
| masters in teaching online | 1 | 170 |
| ed.d programs | 4 | 720 |
| online edd programs | 4 | 720 |
| masters in teaching | 5 | 720 |
| mat degree | 6 | 1300 |
| master of arts in teaching | 7 | 720 |
| masters of education online | 7 | 390 |
| doctorate in education | 8 | 2900 |
| becoming a teacher | 8 | 1900 |
| teaching credential | 8 | 1900 |
| online masters in education | 8 | 1300 |
| ma tesol | 8 | 480 |
| online teaching degrees | 15 | 1600 |
| teaching degree online | 17 | 1300 |
| teaching degree | 21 | 1900 |
| ed.d. degree | Not Ranked | 590 |

98.    And it developed a strategy to optimize search marketing:[49]

---

[48] 2U_FAVELL_00000416 at 31.
[49] 2U_FAVELL_00000416 at 33.

**Exhibit 1
43**

# 2015 SEO/Search Strategy

| Tactic | Description |
|---|---|
| Blog | Develop content rich with target keywords to drive link building and boost organic rankings. Targeting 12-15 posts per quarter. |
| Site Content | Incorporate target keywords into website content to increase organic ranking of the website. |
| Monthly Search Algorithms | Monitor Google search updates for the purpose of maintaining our top position during algorithm changes. |
| Optimize Rossier Website | Share site data and make recommendations to increase referral traffic. |

99.    It outlined strategies for social media:[50]



## Social Media

| Approach | - Drive influencer engagement for the purpose of sharing content to drive link building and SEO<br>- Communicate brand and program messages and priorities<br>- Promote program related deadlines and events |
|---|---|
| Channels | - Facebook<br>- Twitter<br>- LinkedIn<br>- Google+<br>- Instagram<br>- Pinterest |
| Activities | - Post 15-20 times per month to promote content, engage influencers and highlight program information |

20   |   Confidential

---

[50] 2U_FAVELL_00000416 at 35.

**Exhibit 1 44**

100.    It also outlined a budget for paid media, which included display:[51]



# 2014 Paid Media Overview

| 2014 Performance | Media Spend | Prospects Generated | Enrollments | Conversion Rate |
|---|---|---|---|---|
| Paid Search | $1,169,676 | 5,913 | 76 | 1.29% |
| Portal | $312,215 | 4,775 | 30 | 0.63% |
| Paid Display | $245,218 | 1,457 | 9 | 0.64% |
| Contextual Partnerships | $249,888 | 6,267 | 28 | 0.45% |
| Paid Social | $236,294 | 3,853 | 12 | 0.31% |
| Other Channels | $22,879 | 1,278 | 13 | 1.05% |
| **Total** | **$2,236,170** | **23,543** | **169** | **0.72%** |

101.    Lastly, in this plan, 2U emphasized that it would tighten the path for prospective students to get to its homepage: [52]

---

[51]2U_FAVELL_00000416 at 41.
[52] 2U_FAVELL_00000416 at 37.

**Exhibit 1
45**

# USC Rossier Site Referral

## Goals

- Seamless transition from USC Rossier to USC Rossier Online
- Ensure students interested in the online program have a clear/direct path to the online site

## 2015 Requests

- Update Admissions Page to include online request information link and direct link to application
- Share Google Analytics data
- Update "On-campus" and "Online" buttons to go directly to program pages vs. the overview page

22    |    Confidential

:NTIAL                                                                                                2U FAVELL 00000437

102.    In general, in this slide deck we can see that 2U developed a large-scale marketing campaign. Similar marketing documents exist for 2U's marketing on behalf of USC for 2013, which includes an emphasis on USC's ranking at #15 as a top strategic priority for the campaign.[53]

## B.     USC's Fraudulent Rankings

103.    Plaintiffs allege that, for years, USC submitted inaccurate and incomplete data to US News & World Report in connection with its annual Best Graduate Schools of Education ranking.[54]

104.    Once the misleading rankings were discovered, USC hired the law firm Jones Day to offer a report on Rossier's actions. The report focused on the fact that USC had counted only a small portion of its in-person doctoral students (and no online doctoral students) in connection with the student selectivity metric, and makes the following observations that pertain to the way Rossier misreported its rankings and the consequences of this misrepresentation: [55]

---

[53] 2U_FAVELL_00001327 at 29.
[54] Second Amended Complaint ("SAC") at ¶¶ 10-11, 58-59.
[55] USC_FAV_000095876 [Jones Day Report].

**Exhibit 1**
**46**

From at least 2013 to 2021, the School misreported data to US News about the selectivity of its doctoral programs. The School did not report data on its EdD programs in response to US News survey questions about the selectivity of the School's doctoral programs. The School reported data on only its PhD program, which made the School's doctoral programs appear to be more selective than they actually were. The U.S. News surveys asked for data about the School's "doctoral programs" generally, and starting in 2018, expressly instructed that "doctoral should include both Ph.D. and Ed.D students." Despite these instructions, the School continued to report PhD-only data through its 2021 survey submission.[56]

105.    The report also identified other problems, including undercounting online students and inflating the amount of research dollars received.[57]

106.    A 2022 internal email from USC's Ray Gonzales to USC's Sunnary Adeva indicates that Rossier was reporting admission statistics for only its in-person PhD program, which is more highly selective, rather than including its statistics for the EdD program, which would have changed the admission rate.[58] Later email correspondence between Ray Gonzales and Matt Marchak speaks of "cooked" data and the email and attachment confirm the suspicion that the rankings data misrepresented USC Rossier's admissions.[59] In March 2021, USC continued to tout its fraudulent rankings while acknowledging the possibility that the rankings would worsen in future years.[60]

107.    The result of this misrepresentation of data was that between 2008 and 2009 USC Rossier rose from rank #38 to #22 and this upward trend continued so that by 2019 the school ranked #10,[61] and maintained a top-12 ranking for the following three years.

108.    During the time that data was manipulated, USC worked with a for-profit partner, 2U, Inc. to market and recruit students into certain online degree programs, including the programs at issue here, the online MAT and EdD in Organizational Change and Leadership.[62] In 2008, USC and 2U entered a tuition sharing arrangement, whereby 2U would handle the recruiting and other program support, in

---

[56] Jones Day Report at 1.
[57] SAC at ¶¶ 59, 62, 71.
[58] USC_FAV_000013241.
[59] USC_FAV_000013416, and USC_FAV_000013419.
[60] FAV_ID00002249.
[61] The Best Education School rankings are published annually, and the edition of each publication is the next calendar year. For example, US News published the "2021" edition of the rankings in March 2020. SAC ¶ 55.
[62] SAC at ¶¶ 2-8, 67.

**Exhibit 1**
**47**

exchange for an estimated 60% share of tuition.[63] Plaintiffs allege the data manipulation was intentional, and the inflated rank allowed USC (with its partner 2U) to increase enrollment and the tuition charged in these online programs.[64]

109.    The emphasis on USC's rankings in 2U's marketing documents is particularly significant because of the allegations that the rankings were intentionally inflated.

### C.    Fraudulent Rankings in USC's Marketing

110.    During the period that Rossier's rankings were inflated by misrepresented data, 2U conducted a marketing campaign that centered Rossier's ranking as a persuasive "proof point" to students considering matriculation. A 2013 marketing plan listed the #15 ranking in first place as a "key message," for example.[65] This marketing plan appears to be implemented repeatedly and in the broadest variety of advertising channels. The ranking appeared across marketing channels over many years. The following helps to illustrate how this ranking worked to recruit and sell its program to prospective students through all parts of the marketing funnel.

111.    The marketing experts at 2U were correct in their assessment of the impact of rankings on prospective students. In early 2018, when new rankings were released, efforts were made to push the announcement out broadly. On March 28, 2018, Amber Sommerville, a USC employee, sent an email to Dean Gallagher highlighting the "excellent interest" in the announcement.[66] The metrics show an announcement that was widely disseminated and engaged the Rossier audience, and so is worth quoting at length:

- **Website**: 2,606 page views on the ranking news article page (highest visited page - the next highest visited page had 119 page views during the same period.)

- **Email to prospective students** (including PhD and EdD): 49% opened the email (impressive for contacts with varying levels of interest and commitment)

- **Newsletter**: 559 clicks through special e-newsletter; open rate of 72% among USC deans. (Information for open rate among other deans not available.)

- **Facebook**: 127 users shared our post, netting 891 reactions (top two: 744 likes, 135 love), 17,376 users reached, and 525 link clicks.

---

[63] SAC at ¶¶ 2, 29.
[64] SAC at ¶¶ 3-8, 67, 111-112.
[65] 2U_FAVELL_00001327.
[66] USC_FAV_000026940.

**Exhibit 1**
**48**

- **Twitter**: 142 favorites, 47 retweets, 364 link clicks.

112. Overall excellent interest in the good news. These numbers show very good performance by Rossier standards, as Ms. Sommerville points out. From a marketing effectiveness standpoint, 2U was wise to put Rossier's rankings front and center in their marketing campaigns.

113. Institutional rankings, a component of prestige, were such a critical component of program performance, 2U included information on USC's reputation in a warning to investors:

> We expect USC will continue to account for a large portion of our revenue until our other client programs become more mature and achieve significantly higher enrollment levels. Any decline in USC's reputation, any increase in USC's tuition, or any changes in USC's policies could adversely affect the number of students that enroll in these two programs. [67]

114. In the final section of this report, I estimate the proportion of matriculating students who were exposed to USC's fraudulent rankings. This analysis begins by understanding, as best we can in 2024, the places where USC and its agents used the fraudulent rankings in its marketing.

## D. USC's Email Marketing

115. As mentioned above, email drip campaigns are created by marketers to maintain engagement with prospective customers. 2U, on behalf of USC, created these campaigns for prospective students. 2U followed the common marketing practice of using email for both prospecting and remessaging. In the former case, 2U purchased email addresses for the purposes of marketing.[68] Joanna Gerber, Vice President of Partner Marketing for 2U, Inc. and 2U's corporate representative, describes the process of using paid email lists in USC's marketing, "So, typically, [paid email] would be one or two e-mails, depending on what we purchased with that partner. And so those e-mails would be more likely to include a good amount of content about the — the program…."[69]

116. When asked if these prospecting emails would contain the ranking information, Dr. Gerber stated, "I believe so, yes."[70] This answer aligns with my

---

[67] 2U Incorporated. (2014, Mar. 27) Prospectus. sec.gov/Archives/ed-gar/data/1459417/000104746914003136/a2219368z424b4.htm, last visited July 6, 2024.
[68] 2U_FAVELL_00000416 at 49.
[69] Gerber Dep. 106:22-107:2, Jul. 3, 2024.
[70] Gerber Dep. 105:17.

**Exhibit 1**
**49**

marketing experience. When reaching out to people whose email addresses a marketer has purchased, it is important to lead with the most compelling portion of a sales pitch.[71] As Dr. Gerber elaborated, "[the ranking] is definitely a leading differentiator that we would, in my professional opinion, front load in our e-mail campaigns."[72] Later in her testimony, she was asked if 2U would include the US News & World Report rankings in these paid emails. Her reply was unequivocal: "I would -- I would imagine that that would be an absolute inclusion in a — in a broad paid e-mail."[73] In short, 2U's representative believes that the firm would include the ranking information for any emails sent to purchased lists.

117.    In addition to communicating the rankings to emails addresses that the firm had purchased, 2U emphasized the fraudulent rankings in its email messaging to prospective students who had opted in to receive emails. This group of email recipients includes all the students who ultimately matriculated, as well as prospective students who, ultimately, did not enroll. These campaigns ran throughout 2U's tenure, with the 2015 marketing overview providing an example of typical execution. As Dr. Gerber testified, these emails "are representative of someone who has entered the funnel, filled out the — the request for information form and is on a timed or triggered cadence of e-mails."[74] In 2015 there were nine emails sent over the first 75 days of contact with a prospective student.[75]

118.    The 2015 marketing plan provides a nice summary of email efforts of the time, but those efforts continued. In the 2021 marketing plan, email is mentioned repeatedly as pillar of the marketing campaigns for many programs.[76] In several places emphasis is placed on making sure that prospective students begin receiving the emails. When discussing key landing pages, 2U says "[w]e also optimize these pages for conversion by linking calls to action like 'learn more' to landing pages that have a form to request information."[77]  Later in the presentation, 2U says, "we will set up a page thanking them for requesting information and an automated email",[78] illustrating their continued focus in making sure prospective students entered the email funnel. For the OCL program, one of the key strategic priorities in 2021 was to "strengthen in-funnel communications through sharing student, alumni, and faculty voices from various industry backgrounds in marketing assets (webinars, emails, and website)."[79] In 2015, 2U was sending nine emails over the first 75 days of contact. In

---

[71] Avera, P., Huyghe, A., & Bonadio, G*., First Impressions Stick: Market Entry Strategies and Category Priming in the Digital Domain*, Journal of Management Studies vol. 58 no. 7. Pg. 1721-1760. Accessed on July 15, 2024. https://onlinelibrary.wiley.com/doi/full/10.1111/joms.12712.
[72] Gerber Dep. 106:6-9.
[73] Gerber Dep. 108::20-22.
[74] Gerber Dep. 107:2-5.
[75] 2U_FAVELL_00000416 at 56.
[76] 2U_FAVELL_00000462.
[77] 2U_FAVELL_00000462 at 75.
[78] 2U_FAVELL_00000462 at 86.
[79] 2U_FAVELL_00000462 at 88.

- 38 -

**Exhibit 1**
**50**

2021 2U was continuing to push and refine their email strategies, to "capitalize on our key value prop[osition]s".[80]

119.    And throughout this period, these emails led with the ranking information. Dr. Gerber stated that she believed the ranking was included in the first email sent to every prospective student.[81] Moreover, when asked if the ranking information would ever be removed prior to 2022, she said, "[p]rior to 2022, I cannot think of a reason we would remove it, but it would be our practice to update it as new information is available."[82] Dr. Gerber was then asked if the ranking would be included in the first email as part of this campaign, and asked if it would be included in subsequent emails as well. She stated that she would be surprised if it were not included in the first email or in the subsequent emails.[83]

120.    Like most modern marketers, 2U showed a commitment to email campaigns, ensuring that all prospective students were receiving persuasive messaging that included ranking information. The subsequent section of my report contains a formal estimate of the fraction of students who were exposed to the ranking, and the number of times they were exposed. But at this moment, we know the answer—virtually all students were exposed to the rankings via the email marketing campaign, which included the rankings in the very first email the students received. As we will see, there were many additional opportunities for students to see these rankings.

121.    In addition to 2U's assurances that students were shown the ranking information, we have some documents illustrating the use of the rankings. As early as 2013, 2U was creating email templates that included the ranking information:[84]

USC Rossier is ranked in the top 17 of all US schools of education and programs are available online, allowing you the freedom to travel and work abroad while earning a master's degree. As a Teach Away member, we invite you to join us for a live **Online Information Session** on **Wednesday, June 19th at 19:00 (7:00 pm) HKT** to:

122.    Similarly, in 2021, we see USC Rossier touting its ranking from the email address communications@rossier.usc.edu in an email sent to its enrolled graduate students.[85] Plaintiff Favell forwarded this email to herself, a partial screenshot of which is pictured below:

---

[80] 2U_FAVELL_00000462 at 509.
[81] Gerber Dep. 111:21-25.
[82] Gerber Dep. 113:9-11.
[83] Gerber Dep. 113:13-114:1.
[84] 2U_FAVELL_00017397.
[85] FAV_ID00001020.

**Exhibit 1**
**51**

**Fwd: In 2021 U.S. News rankings, USC Rossier again named a top graduate school**

Sent:     Wed 6/8/2022 4:41:33 PM (UTC-07:00)

From:     Iola Favell

To:       iola.favell@gmail.com



**USC Rossier named a top graduate school in 2021 U.S. News rankings**

USC Rossier has consistently finished as one of the top graduate schools of education in the annual rankings. **Read more.**

123.   In March 2021, we also see Rossier celebrating its specific rankings in the 2022 edition in an email to current students, and celebrating this ranking over the past five years, but noting that the ranking may change in the following year, "due to variables we cannot control:"[86]



[rossierstudents-l] USC Rossier Still #11 Nationally (U.S. News & World Report)     Sent:     Tue 3/30/2021 11:38:27 AM (UTC-07:00)

From:     rossierstudents-l-request@mymaillists.usc.edu

To:       rossierstudents-l@mymaillists.usc.edu

Please see the message below from our Dean:

Dear USC Rossier Faculty, Staff and Students,

The annual *U.S. News & World Report* graduate school rankings for 2022 have just been publicly released, and I am pleased to announce that **USC Rossier has maintained its position at #11 overall.**

This is the fifth year in a row that the publication has named our school one of the 15 best graduate schools of education in the country. Notably, within the overall ranking of #11, USC Rossier's Peer Assessment score (by education school deans) and Administrator score (by professionals such as superintendents) both rose.

In terms of specific programs, *U.S. News* also ranked USC Rossier **#5 in Higher Education Administration** and **#17 in Education Policy.** As we know, area-specific rankings can fluctuate (sometimes significantly) year to year, and we look forward to seeing more programs ranked next year.

I want to recognize all of you who create and sustain the quality programs, student experiences and outcomes we all care about at USC Rossier. Congratulations and thank you!

An early note about next year: I am told we will potentially see a decline in our rankings due to variables we cannot control, including how our GRE-optional admissions process factors into *U.S. News's* methodology. More on this as the rankings process for the next cycle develops.

Fight On!

Pedro A. Noguera, Ph.D.
Emery Stoops and Joyce King Stoops Dean

## E.  USC Rossier's Websites

124.   USC Rossier maintained the domain www.rossier.usc.edu, but 2U published information on the sub-domain www.rossieronline.usc.edu, which housed the information relating to the relevant programs, i.e., online MAT and OCL degrees, and to which it would direct prospective students. [87] The purpose of email marketing is to

---

[86] FAV_ID00002249.
[87] Gerber Dep. 25:21-26:21; Courtney Dep. 82:17-83:2.

**Exhibit 1
52**

maintain a relationship with prospective students and to encourage them to apply. If prospective MAT and OCL students clicked on these emails from 2U, they would land on one of the pages on the www.rossieronline.usc.edu sub-domain. The advertising that 2U ran on USC's behalf also included links to these Rossier Online pages.

125.    And once students landed on a Rossier Online page, they had many opportunities to be exposed to the fraudulent rankings. Note also that anyone who applied to one of the online programs would have had to so through a page on the Rossier Online site.

126.    We can verify that the fraudulent rankings appear on certain Rossier Online pages. These webpages with rankings information include the following:

- rossieronline.usc.edu/about/usc-rossier-school-of-education: from November 16, 2017, through at least June 27, 2018, this site displayed a numerical ranking. Beginning in July 2018, this site switched to saying "top ranked".

- rossieronline.usc.edu/about/usc-rossier-school-of-education:  numerical rankings were displayed from April 25, 2016, through at least November 30, 2021.

- rossieronline.usc.edu/doctorate/edd-online: the description "top-ranked" and a link to the US News & World Report's Best Graduate Schools of Education rankings was displayed from November 8, 2019, through at least December 1, 2021.*

- rossieronline.usc.edu/form-edd/: prior to 2021 this site displayed "top-ranked" with a link to rankings on US News & World Report. From January 20, 2021, through at least February 22, 2022, this site displayed numerical rankings.*

- rossieronline/academics/master-of-arts-in-teaching-program: from October 20, 2018, through at least February 14, 2020, this site displayed numerical rankings.

- rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program: from November 8, 2019, through at least February 28, 2022, this site displayed the phrase "top-ranked" and a link to the rankings on the US News & World Report site.*

- rossieronline.usc.edu/doctorate/edd-online/what-is-edd: from May 17, 2022, through at least March 22, 2023, this site displayed a numerical ranking. Prior to May 2022, this site displayed the phrase "top-ranked" with a link to the rankings on the US News & World Report site.

**Exhibit 1**
**53**

- rossieronline.usc.edu/form-mat: from November 18, 2021, through at least January 17, 2022, this site displayed a numerical ranking.*

The pages above with an asterisk (*) are pages that 2U described as being "core program pages," and without them, 2U would not "have the ability to gather leads for these programs and we risk seeing very high enrollment losses."[88] 2U further stated that these pages were "frequently visited by potential prospective students, provide core program information, and are strong converting pages."[89]

127.    In addition, the primary homepage of Rossier (http://rossier.usc.edu/) displayed the falsified ranking from March 2017 to March 2022.

128.    All the screenshots referenced in this section of the report were collected via the Wayback Machine.[90] These screenshots show the presence and changes of the U.S. News & World Report rankings on the USC Rossier School of Education's websites. Below is a chronological account of when the rankings were displayed and when they were removed from both USC Rossier Online (https://rossieronline.usc.edu/about/usc-rossier-school-of-education/) and USC Rossier School of Education sites (http://rossier.usc.edu/).

129.    The archived website "About USC Rossier | USC Rossier Online" on archive.org showcased the U.S. News & World Report rankings for USC Rossier School of Education consistently between April 25, 2016, and November 30, 2021. During this period, the rankings fluctuated, reflecting various positions such as #21, #15, #10, and #11.

### 1.    About USC Rossier | USC Rossier Online

130.    This section shows the fraudulent rankings on the "about" page of Rossier Online.    (https://rossieronline.usc.edu/about/usc-rossier-school-of-education/). While it is not possible to precisely determine the fraction of visitors to this site who ultimately matriculated, common sense, plaintiff testimony,[91] and academic research[92] suggests that any student who was sufficiently interested in the program to apply and matriculate would look at the "about" page at least once during their consideration process. The following screenshots document the use of the fraudulent rankings on this page.

---

[88] USC_FAV_000092743

[89] Id.

[90] https://web.archive.org/, last visited July 11, 2024.

[91] Ahmad Murtada recalled visiting that page. FAC ¶ 153.

[92] Chen, Szu-Chieh, et al. "Google analytics of a pilot study to characterize the visitor website statistics and implicate for enrollment strategies in Medical University." BMC Medical Education 20 (2020): 1-12.

**Exhibit 1**
**54**

131.   **April 25, 2016:** By this date, USC Rossier was displaying a ranking of
#21 by U.S. News & World Report:[93]



132.   **November 16, 2017:** By this date, USC Rossier's ranking improved to
#15 according to U.S. News & World Report:**[94]**



133.   **January 27, 2018:** By this date, USC Rossier's ranking had improved
to #10:[95]

---

[93]

https://web.archive.org/web/20160425141531/https://rossieronline.usc.edu/about/usc-rossier-school-
of-education/, last visited July 6, 2024.

[94] https://web.archive.org/web/20171116152842/https://rossieronline.usc.edu/about/usc-rossier-school-
of-education, last visited July 6, 2024.

[95] https://web.archive.org/web/20180627044111/https://rossieronline.usc.edu/about/usc-rossier-school-of-educa-
tion/, last visited July 6, 2024.

**Exhibit 1**
**55**



134.  **March 29, 2019:** By May 2019, the specific numerical ranking has been replaced by a statement that Rossier was "top-ranked". Note that this information was supplied next to a mention of US News & World Report, leaving no doubt as to what is meant by "top-ranked".

135.  It is worthwhile to spend a moment reflecting, from a marketing stand-point, about this change. It is entirely possible that this change was not deeply considered, but instead was one of the many changes that front-line marketers must make in the execution and maintenance of marketing communications. In 2019 the fraudulent numerical ranking of Rossier was 12th, and yet the website copy was modified to say "top ranked". Presumably, the person writing the website copy thought that this description, rather than the specific numerical ranking of "#12", would be more persuasive.

136.  On this date, the website stated, "The USC Rossier School of Education, top-ranked among graduate schools of education by U.S. News & World Report":[96]



.

137.  **February 26, 2020:** The same claim continued: "The USC Rossier School of Education, top-ranked among graduate schools of education by U.S. News

---

[96] https://web.archive.org/web/20190329183621/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

**Exhibit 1**
**56**

& World Report, is one of the world's premier centers for graduate study in education":[97]



138. **September 22, 2020:** The aforementioned claim was still present on the website:[98]



139. **March 5, 2021:** The website continued to state, "The USC Rossier School of Education, top-ranked among graduate schools of education by U.S. News & World Report, is one of the world's premier centers for graduate study in education":[99]

---

[97] https://web.archive.org/web/20200226161811/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

[98] https://web.archive.org/web/20200922214050/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

[99] https://web.archive.org/web/20210305073511/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

**Exhibit 1**
**57**



140.    **November 30, 2021:** The same ranking claim was still displayed on the website:[100]



141.    November 30, 2021 was the last time The Way Back Machine archived https://rossieronline.usc.edu/about/usc-rossier-school-of-education/. As of the date of this report, The Rossier Online About page does not display the U.S. News rank.

142.    The final section of this report estimates the number of times students were exposed to these rankings.

---

[100] https://web.archive.org/web/20211130152944/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

**Exhibit 1**
**58**

## 2.      USC Rossier School of Education

143.      The rankings were also displayed on the homepage of the Rossier School of Education, http://rossier.usc.edu/. The Wayback Machine archives of this page reveal that the U.S. News & World Report ranking as best schools of education for USC Rossier School of Education were displayed between March 20, 2017, and March 12, 2022. Initially, the rankings appeared as #15, then improved to #10, fluctuated to #12, and finally settled at #11. However, by March 23, 2022, references to the U.S. News rankings were removed from the website, indicating a cessation of their display on the site.

144.      **February 27, 2017:** Rossier's U.S. News rank for best schools of education was not displayed on the website. There was a different U.S. News ranking on display for USC Rossier—#4 best higher education administration graduate program.[101] This activity on the Rossier home page is relevant to my report, though this program is not part of my assignment. The inclusion of this ranking information shows the importance of rankings as a "proof point" for prospective students. This ranking appeared on this site between March 2016 to February 2017:



145.      **March 20, 2017:** By this date, Rossier, having improved from a ranking of #21 that was, presumably, not illustrious to market, was displaying a U.S. News rank of #15:[102]

---

[101] https://web.archive.org/web/20170201130543/http://rossier.usc.edu/, last visited July 6, 2024.

[102] https://web.archive.org/web/20170320151112/http://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**59**



146.    **August 4, 2017:** The U.S. News rank of #15 was still displayed:[103]



147.    **November 26, 2017:** The U.S. News rank of #15 continued to be displayed:[104]

---

[103] https://web.archive.org/web/20170804185858/http://rossier.usc.edu/, last visited July 6, 2024.

[104] https://web.archive.org/web/20171126023559/http://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**60**



148.    **January 27, 2018:** The U.S. News rank remained at #15:[105]



149.    **June 12, 2018:** By this date, Rossier's U.S. News rank improved to #10:[106]

---

[105] https://web.archive.org/web/20180127202744/https://rossier.usc.edu/, last visited July 6, 2024.

[106] https://web.archive.org/web/20180612111325/http://rossier.usc.edu:80/, last visited July 6, 2024.

**Exhibit 1**
**61**



150.      **September 20, 2018:** The U.S. News rank of #10 was still displayed:[107]



---

[107] https://web.archive.org/web/20180920153333/https://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**

**62**

151. **March 1, 2019:** The U.S. News rank remained at #10:[108]



152. **June 1, 2019:** The U.S. News rank was updated to #12:[109]



153. **November 8, 2019:** The U.S. News rank remained at #12:[110]

---

[108] https://web.archive.org/web/20190301152405/https://rossier.usc.edu/, last visited July 6, 2024.
[109] https://web.archive.org/web/20190601010953/https://rossier.usc.edu/, last visited July 6, 2024.
[110] https://web.archive.org/web/20191108014600/https://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**63**



154.    **April 29, 2020:** By this date, Rossier's U.S. News rank was #11:[111]



155.    **November 3, 2020:** The U.S. News rank of #11 was still displayed:[112]

---

[111] https://web.archive.org/web/20200429221334/https:/rossier.usc.edu/, last visited July 6, 2024.
[112] https://web.archive.org/web/20201103003615/https:/rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**64**



156.    **June 16, 2021:** The U.S. News rank remained at #11:[113]



157.    **November 22, 2021:** The U.S. News rank was still displayed as #11.[114]

---

[113] https://web.archive.org/web/20210616063507/https://rossier.usc.edu/, last visited July 6, 2024.

[114] https://web.archive.org/web/20211122002556/https://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**

**65**



158. **February 4, 2022:** The U.S. News rank of #11 continued to be displayed:[115]



159. **March 12, 2022:** The U.S. News rank remained at #11:[116]

---

[115] https://web.archive.org/web/20220204101028/https://rossier.usc.edu/, last visited July 6, 2024.

[116] https://web.archive.org/web/20220312051037/https://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**

**66**



160.    **March 23, 2022:** By this date, the U.S. News rank was no longer displayed on the website:[117]



### 3.    Other Pages with Rankings

161.    There were other pages where Rossier's fraudulent rankings were displayed, either in direct, numerical, form, or via the phrase "top ranked". The following

---

[117] https://web.archive.org/web/20220323203721/https://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**67**

table summarizes the data on which pages included rankings information and during which time period.

| Page | Ranking Type | Start | End | Notes |
|---|---|---|---|---|
| EdD Online[118] | USNWR Link | 11/8/2019[119] | 12/1/2021[120] | |
| EdD Form[121] | Numerical | 1/20/2021[122] | 2/22/2022[123] | USNWR link prior to 2021 |
| MAT Program[124] | Numerical | 10/20/2018[125] | 2/14/2020[126] | |
| Online MAT[127] | USNWR Link | 11/8/2019[128] | 2/28/2022[129] | |
| What is EdD[130] | Numerical | 5/17/2022[131] | 3/22/2023[132] | USNWR link prior to May 2022 |

---

[118] rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

[119] https://web.archive.org/web/20191108040533/rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

[120] https://web.archive.org/web/20211201030045/rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

[121] rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

[122] https://web.archive.org/web/20210120110610/rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

[123] https://web.archive.org/web/20220222230223/rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

[124] /academics/master-of-arts-in-teaching-program/, last visited July 18, 2024.

[125] https://web.archive.org/web/20190402143233/rossieronline.usc.edu/academics/master-of-arts-in-teaching-program/#fn1b, last visited July 18, 2024.

[126] https://web.archive.org/web/20200214022250/https://rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last visited July 18, 2024.

[127] rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/

[128] https://web.archive.org/web/20191108043335/rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last visited July 18, 2024.

[129] https://web.archive.org/web/20220228071740/rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last visited July 18, 2024.

[130] rossieronline.usc.edu/doctorate/edd-online/what-is-edd/, last visited July 18, 2024.

[131] https://web.archive.org/web/20220517012812/rossieronline.usc.edu/doctorate/edd-online/what-is-edd/, last visited July 18, 2024.

[132] https://web.archive.org/web/20230322162604/rossieronline.usc.edu/doctorate/edd-online/what-is-edd/, last visited July 18, 2024.

**Exhibit 1
68**

| Rossier About[133] | Numerical | 11/16/2017[134] | 6/27/2018[135] | Switches to "top ranked" in July 2018 |
|---|---|---|---|---|
| Form MAT[136] | Numerical | 11/18/2021[137] | 1/17/2022[138] | |

In the final section of this report, I estimate the number of times students were exposed to the fraudulent rankings via the homepage.

### F. USC's Search and Display Marketing

162.    In its work for USC, 2U carried out search and display marketing for the Rossier School of Education. It is likely that some of these ads, text ads for search marketing and images for display marketing, contained references to the fraudulent rankings. Unfortunately, it is not possible to estimate the number of exposures to these messages because USC and 2U do not maintain an archive of the marketing content used on these channels. This marketing content is also not available on the open web. In her deposition, when asked if 2U maintains these archives, Dr. Gerber stated:

> [T]he intent of them is to be live documents that represent the most up-to-date content. So I wouldn't know for sure that there were no historical versions, but in my experience, there wouldn't be because the intent was to keep it live with currently approved information, not historical information.[139]

163.    This information would likely make a meaningful difference in my estimates of the number of exposures to the fraudulent rankings.

---

[133] rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 18, 2024.

[134] https://web.archive.org/web/20171116152842/rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 18, 2024.

[135] https://web.archive.org/web/20180627044111/rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 18, 2024.

[136] rossieronline.usc.edu/form-mat/, last visited July 18, 2024.

[137] https://web.archive.org/web/20210918133649/rossieronline.usc.edu/form-mat/, last visited July 18, 2024.

[138] https://web.archive.org/web/20220117191407/rossieronline.usc.edu/form-mat/, last visited July 18, 2024.

[139] Gerber Dep. 181:4-10.

**Exhibit 1
69**

### G.     USC's Social Media Marketing

164.    There are better records on USC's use of social media to promote its program. USC continued to tout its rankings on social media, especially on Twitter, LinkedIn and Facebook. We can see many affiliates, officers, and graduates of Rossier repeating the ranking in many of the social media posts below:

#### 1.     Twitter Posts

165.    @USCRossier has 8,598 followers as of July 6, 2024:[140]



166.    Some or all of these followers will receive posts created by the Rossier account. Some or all of these followers will also receive messages like the example below, where the Pullias Center celebrates the fraudulent rankings.



167.    There are many such examples:

---

[140] Twitter examples in this section were found using Twitter's public search function. Twitter search parameters examples:
("USC Rossier School of Education" OR @USCRossier OR #USCRossier) (ranked OR ranking OR ranks) since:2015-01-01 until:2021-12-31.

**Exhibit 1**
**70**



168.    The link copied in two of the posts above has since been removed, as can be seen below. The content of the URL is worth noting—rossier.usc.edu/u-s-news-ranks-usc-rossier-among-top-10-education-schools.[141]  Many of the pages to which prospective students were directed have been removed, making it impossible to tell if the site contained the fraudulent rankings. In this case, however, we have evidence of the ranking being used on the site, since it appears in the URL.

---

[141] https://rossier.usc.edu/u-s-news-ranks-usc-rossier-among-top-10-education-schools/, last visited July 10, 2024.

**Exhibit 1**
**71**



169.   We see that USC Mexico was touting these rankings:



170.   We see many examples of the rankings being shared. These shares fall under the category of "earned social media". Neither 2U nor USC had to pay for this exposure. Instead, these marketing messages were the result of steady investment in a social media presence on Twitter.

**Exhibit 1**
**72**



171.    In 2017, we find an example of USC Rossier's sharing their ranking via a status message. This post was reposted 17 times and liked 16 times:

**Exhibit 1**

**73**



172.    It is impossible to know the exact number of impressions generated by this message. It is likely that a message with this much engagement would be seen by most of the thousands of followers the account had at the time. Moreover, the followers of the accounts who retweeted the message would likely see it as well. In addition to retweeting the message, users could "quote tweet" the message, as the following posts show:

**Exhibit 1
74**



**Exhibit 1**

**75**



173.   These are the Twitter users who reposted USC's status:

**Exhibit 1**

**76**



174. As of July 6, 2024, Twitter page for USC Rossier Master of Arts in Teaching online (@USCTeacher) continues to mention that USC Rossier is top-ranked, even though Rossier no longer participates in the ranking:[142]

---

[142] https://twitter.com/USCTeacher, last visited, July 10, 2024.

**Exhibit 1**
**77**



175.   In the subsequent section, I estimate the fraction of students who saw the fraudulent rankings. Because of the closed nature of social media platforms and the archival failures of 2U and USC, examples like these on Twitter cannot be included in numerical estimates of exposure to students. Yet students undoubtedly saw these messages. As such, the estimates I make represent lower bounds of the true exposure.

### 2.   LinkedIn

176.   In addition to using Twitter, USC and 2U used LinkedIn to reach prospective students. LinkedIn is a particularly valuable resource, since it sells targeting that aligned with 2U's advertising goals. As Dr. Gerber stated in her deposition, "[W]e were targeting a—a minimum of someone who had completed a bachelor's degree for eligibility and likely focused on the areas of education, educational leadership, probably some social work around that. Those would be the kind of core targets for a—the teaching program."[143]

---

[143] Gerber Dep. 99:7-12.

**Exhibit 1**
**78**

177.   These targets are valuable, as Microsoft's $26.2 billion acquisition of LinkedIn illustrates.[144] When asked later in the deposition about targeting, Dr. Gerber indicated that LinkedIn, and targeted advertising on LinkedIn, was part of 2U's paid social media strategy.[145]

178.   USC further benefited from earned social media on LinkedIn, in the form of posts and profile pages that touted the school's fraudulent rankings. For instance, this post shows USC touting its Wall Street Journal rankings:



179.   In another post, we can see an alumna of USC Rossier's programs repeating the ranking.[146] Dr. Janine Lee, MBA, Ed.D., received her MBA from the University of California, Berkeley and her Doctorate in Education from USC Rossier. Dr. Lee's LinkedIn page lists her educational experience and includes U.S. News and World Report rankings:

---

[144] https://news.microsoft.com/2016/06/13/microsoft-to-acquire-linkedin/, last visited, Jul. 14, 2024.
[145] Gerber Dep. 101:2-7.
[146] https://www.linkedin.com/in/janinelee/, last visited, Jul. 10, 2024.

**Exhibit 1**
**79**



180.    Dr. Nadia Assaf received her Doctorate in Education from USC Rossier and includes the U.S. News and World Report rankings in the description of her alma mater:[147]



181.    Ms. Melessa Hamilton received her Master's of Arts in Teaching from USC Rossier in 2021. She includes the U.S. News and World Report rankings in the description of her alma mater:[148]

---

[147] https://www.linkedin.com/in/nadia-assaf-bb192b/, last visited, July 10, 2024.

[148] https://www.linkedin.com/in/melessa-hamilton216/, last visited, July 10, 2024.

**Exhibit 1**
**80**



182.    When I estimate the fraction of students who saw the fraudulent rankings, these types of exposure are not tallied. This is, again, because of the closed nature of the LinkedIn platform and the archival failures of 2U and USC. Yet students saw these posts. As such, the estimates I make represent lower bounds of the true exposure.

### 3.  Facebook

183.    Facebook includes a mixture of earned and paid social media for Rossier. The scope of the paid social media can be inferred from budgets produced by 2U, but those budgets are not divided into groups based on the presence of the ranking information. As such, it is not possible to precisely quantify the number of exposures to students from paid social media advertising that included the rankings. We can, however, see evidence of the rankings being used in earned social media.

**Exhibit 1**
**81**

184.    The USC Rossier School of Education has their own Facebook page, which appears in the screenshot below:[149]



185.    USC Rossier Online also has a Facebook page:[150]



---

[149] https://www.facebook.com/USCRossier/, last accessed July 11, 2024.

[150] https://www.facebook.com/USCMATonline/, last accessed July 11, 2024.

**Exhibit 1**
**82**

186.    USC Rossier School of Education has posted about its ranking on Facebook in posts that have since been removed, the first of which is below:[151]



187.    USC Rossier shared and later removed articles about their 2020 U.S. News & World Report ranking here as well:[152]

---

[151] https://www.facebook.com/USCRossier and https://www.facebook.com/pro-file/100063502856771/search/?q=U.S.%20News, last visited July 10, 2024.
[152] https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited, July 10, 2024.

**Exhibit 1**
**83**



188.    Similarly, USC Rossier shared and later removed articles about their 2019 U.S. News & World Report ranking here:[153]

---

[153] https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited July 10, 2024.

**Exhibit 1**
**84**



189.   And finally, USC Rossier shared and later removed articles about their 2018 U.S. News & World Report's ranking:[154]

---

[154] https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited, July 10, 2024.

**Exhibit 1
85**



190.    And finally, USC Rossier shared and later removed articles about their 2018 U.S. News & World Report's ranking:[155]

---

[155] https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited, July 10, 2024.

Exhibit 1
86



191.    USC Rossier Online touts the rankings in this Facebook post:[156]

[156] FAV_ID00015819.

Exhibit 1
87



192.    USC Rossier also used Facebook to invite students to join its social media group:[157]



193.    This information would likely make a meaningful difference in my estimates of the number of exposures to the fraudulent rankings.

---

[157] FAV_ID00013084.

**Exhibit 1**
**88**

### H.     Online Media

194.     In an article posted online in 2019, USC Rossier emphasized the importance of its rankings for recruiting new students. While this subject of this article is the undergraduate program, the quotes from Dr. Julie Posselt, an associated professor of higher education at Rossier, apply equally well to graduate programs. The following heading and excerpted text in the school newspaper, the Daily Trojan, illustrate the importance:

> *USC ranked no. 22 on US News and World Rankings - Daily Trojan*
>
> Julie Posselt, an associate professor of higher education at Rossier, said rankings play a large role in a university's status for incoming applicants. "Higher education is what we call in sociology a status economy," Posselt said. "That means that [is] half of money and then half of power. Status is extremely important as a resource. Rankings are one indicator of status." [158]

195.     These statements highlight the importance of rankings to students and prospective students and illustrate a form of online media where students would be exposed to the fraudulent rankings at high rates.

196.     Moreover, former Rossier Dean Gallagher agrees with this assessment. Writing in a draft of a message to Rossier faculty and staff, Dr. Gallagher says that while the rankings may seem arbitrary, "...part of me knows that rankings *do matter* to many people, including the countless prospective students who scrutinize the lists every year."[159] Countless prospective students were exposed to Dr. Gallagher's fraudulent rankings.

### I.     USC's Print Marketing

197.     In addition to its extensive online marketing activities, 2U and USC created printed one-pagers to highlight the rankings when marketing to prospective students, such as this piece of marketing collateral for the MAT program:[160]

---

[158] https://dailytrojan.com/2019/09/16/usc-ranked-no-22-on-us-news-and-world-rankings/, last visited July 12, 2024.
[159] USC_FAV_000002216, emphasis in the original.
[160] 2U_FAVELL_00014069.

**Exhibit 1
89**

*Master of Arts in Teaching Delivered Online*

**FIELD-BASED TEACHING EXPERIENCES**

- Early integration of meaningful fieldwork into your coursework.
- Assignments that can be implemented directly within your own classroom or community.

**SUPERIOR STUDENT SERVICES**

- A dedicated Admissions Counselor to guide you through the application process.
- A student services team that includes

**ABOUT THE USC ROSSIER SCHOOL OF EDUCATION**

The USC Rossier School of Education is one of the world's premier centers for the study of urban education. Rossier is founded on the belief that all students can learn and succeed, and this is reflected in our mission: to improve learning in urban education locally, nationally and globally. What unites all of Rossier—renowned faculty, committed staff, dedicated students and successful alumni all over the

**15**

Rossier School of Education ranking by *U.S. News & World Report*

**24/7**

198.    Similarly, a one-pager for the EdD OCL program included boilerplate about Rossier that shared the rankings:[161]

**USC ROSSIER SCHOOL OF EDUCATION**

Ranked #15 among graduate schools of education by *U.S. News & World Report*, USC Rossier strives to remain at the forefront of educational innovation by preparing leaders in the field. Rossier is founded on the belief that all students can learn and succeed, and this is reflected in our mission: to improve learning in urban education locally, nationally and globally.

- Attend an annual on-campus immersion.

**LEARN MORE**

Alex Waters

Recruiting and Partnerships

alex.waters@usc.edu

240-487-3921

USC ROSSIER | rossieronline.usc.edu/lausd                    240.487.3921

199.    Data do not exist to include these types of media in the quantitative estimates of exposure. Nevertheless, students and prospective students were exposed to the fraudulent rankings via these communications, and my estimates therefore represent lower bounds of exposure.

---

[161] 2U_FAVELL_00015868.

**Exhibit 1
90**

### J. Student Responses to USC's Ranking Promotion and Marketing Materials

200. The repeated emphasis on the rankings is something that students themselves began to comment on. We have seen above that some graduates of USC Rossier proudly emphasize the school's rankings on LinkedIn as a part of their credentials. Below, in produced chat messages, we see students commenting on the repeated emphasis on rankings, and noticing the apparent disparity between the advertising and the quality of their education:[162]

> [6/25/20, 10:02:25 AM] ~ MaryAnne: Since it's not in the syllabus, I don't think they can hold us accountable...do I dare? Lol
> [6/25/20, 10:03:04 AM] Ahmad Murtada: Lol we have too high of expectations from a top 15 program
> [6/25/20, 10:03:41 AM] Ahmad Murtada: Whoever ranked is that high didn't look at Morivation and Accountability course for sure
> [6/25/20, 10:04:22 AM] Ahmad Murtada: Or is that why we are top 15 and not top 10?
> [6/25/20, 10:05:21 AM] ~ MaryAnne: I've been wondering the same
> [6/25/20, 10:05:55 AM] ~ MaryAnne: Maybe the person asked Dr Brady for her opinion.

201. Here is a student chat that recognizes that USC's unhappy students could contribute to the loss of reputation and ranking :[163]

> [8/14/20, 1:07:21 PM] ~ SarahCS: If you can be vocal on some of the social media sites about OCL- The last thing they want our unhappy students and to lose their rep and their ranking
> [8/14/20, 1:18:51 PM] Ahmad Murtada: I just want the person rating the program to take a better look lol
> [8/14/20, 1:19:46 PM] Jey Wagner: According to Leivera, Anna Chiang is the Director of the OCL program.
> [8/14/20, 1:20:07 PM] Julie Cantwell USC: Didn't they have us read an article last semester that said rankings were all crap anyway?
> [8/14/20, 1:20:23 PM] Jey Wagner: Does that mean Anna is in charge or is there somebody else?
> [8/14/20, 1:20:58 PM] Jey Wagner: I do not want to be attached to Melanie Brady for the rest of my academic journey.
> [8/14/20, 1:21:17 PM] Julie Cantwell USC: FYI Brady is not teaching next semester
> [8/14/20, 1:21:30 PM] Julie Cantwell USC: My friend said they removed her last minute

202. USC and 2U emphasized the fraudulent rankings to the point that the drumbeat became a conversational theme when discussing the program, at least among some of the students.

### K. Scale of USC's Marketing Campaigns

203. Throughout this section, I have discussed the types of marketing undertaken by USC and 2U. Due to data limitations, much of the specific evidence I discuss is limited to extant examples that show the style, but not the breadth, of this marketing. For the period from 2017 through 2022, I have found budgets that indicate the expenditures made by 2U for marketing and related services. There are several

---

[162] FAV_ID00015829.
[163] FAV_ID00015831.

**Exhibit 1**
**91**

budgetary line items that relate to marketing. One of these, Materials and Supplies (M&S), covers costs associated with printing and shipping physical marketing materials. The Promotion and Recruiting (P&R) category covers direct marketing costs. In some years, the line-item Professional Services (PS) is spent largely on marketing-related expenses, and in those years I have included those expenditures. The salary line item includes marketing-related costs, but those costs are difficult to split from operational and educational costs, and so I will not report them. The table below captures the budgetary information.

204.

| Year | Bates # | M&S | P&R | PS |
|------|---------|-----|-----|----|
| FY1718 | USC_FAV_000020616 | $85,453.08 | $157,443.89 | $179,646.18 |
| FY1819 | USC_FAV_000020615 | $73,000.00 | $337,250.00 | $131,425.00 |
| FY1920 | USC_FAV_000074132 | $258,000.00 | $25,000.00 | $147,000.00 |
| FY2021 | USC_FAV_000076942 | $180,000.00 | $300,000.00 | $160,000.00 |
| FY2122 | USC_FAV_000079563 | $215,000.00[164] | | $183,000.00 |

205.    As we can see, USC spent, indirectly, between $398,000 (FY2122) and $640,000 (FY2021) on expenses related to marketing, with significant portions of that budget being spent to promote their fraudulent rankings. The total expenditures over these five years for which we have budgets is just under $2.5 million.

## VII.    Estimated Portion of Students Exposed to Fraudulent Rankings

206.    In this section, I estimate the fraction of matriculating students who were exposed to the fraudulent rankings promoted by USC's Rossier School of Education and by 2U on its behalf. My quantitative estimate focuses on two primary sources of exposure: email campaigns and web pages. These sources ensured that all or virtually all students encountered the fraudulent rankings at some point during their enrollment journey.

207.    As described above, email campaigns played a significant role in USC's marketing strategy. All prospective students were added to drip email campaigns managed by 2U, which, as confirmed by 2U's representative, included the fraudulent

---

[164] M&S and P&R appear to be combined in this budgetary year.

**Exhibit 1**
**92**

ranking information. This approach effectively guaranteed that every prospective student received and interacted with the ranking information throughout their decision-making process.

208. Moreover, the fraudulent rankings were prominently displayed on key web pages within rossieronline.usc.edu and on rossier.usc.edu and the other webpages listed in Paragraph 161, for an extended period, including a number of important webpages for conversion purposes. Additionally, it is common for students to directly access the US News & World Report page directly to compare programs. These pages would be visited by any student who seriously considered matriculating, as they provided essential information about the programs and the institution. It is reasonable, from both a marketing and a commonsense perspective, to assume that the vast majority of matriculating students visited these pages at least once during their consideration process.

209. It is important to note that these two primary sources represent lower bounds of the total exposure. Many other channels described in section 6, including social media, print marketing, and online media, also contributed to the overall exposure of prospective students to the fraudulent rankings. However, due to data limitations, this section will focus on the more quantifiable sources of email campaigns and web pages to provide a conservative estimate of the exposure.

210. In the following subsections, I explore the quantitative and qualitative evidence supporting the argument that these two primary sources effectively captured the entire student body, ensuring that virtually all prospective students were exposed to the fraudulent rankings.

## A.    Exposure via Email Campaigns

211. Email campaigns were a cornerstone of USC's marketing strategy for migrating students down the funnel. Managed by 2U, these campaigns aimed to engage prospective students through a series of automated, personalized emails, known as drip campaigns. According to testimony from 2U's representative, Dr. Gerber, discussed above, these campaigns included initial emails that included the fraudulent ranking information.[165] This approach ensured that every prospective student received the ranking information multiple times throughout their decision-making process.

212. If the emails themselves had been produced, we would be able to verify Dr. Gerber's assertion that the rankings were included in the "welcome" emails. There are productions that appear to be the data on sent emails, opened emails, and clicked emails, such as 2U_FAVELL_00011797. Unfortunately, Dr. Gerber was unable to verify if this document contains accurate information about the email

---

[165] Gerber Dep. 113:13-114:1.

**Exhibit 1**
**93**

campaigns, nor was she able to offer guidance on where such information could be found, making quantification of number of welcome emails unreliable.[166]

213.    As much as I would enjoy a quantitative analysis of 2U's email campaigns, such analysis is not necessary for me to conclude that all or virtually all prospective students were exposed to the fraudulent rankings through these emails. The rankings were a key differentiator of the Rossier programs. Dr. Gerber has testified that it would be in keeping with 2U's practices to include the rankings and she believes they did. I concur with those beliefs based on my marketing experience and my review of the materials in this case—the fraudulent rankings were central to the marketing strategy of the programs. Therefore, I can say with a reasonable degree of scientific certainty that the fraudulent rankings were disseminated to all or nearly all matriculating students via these welcome emails.

## B.    Exposure via Websites

214.    Via the Internet Archive, we know that the fraudulent rankings were displayed on sites within the Rossier Online main site and the Rossier site itself. The following sites displayed either the numerical ranking or the description "top-ranked":

215.    In an ideal world, our production would include log-level records that could be tied to email addresses, and we could verify with absolute certainty the number of students who visited one of these pages. Unfortunately, those data are not available. In addition to not having log-level records that would allow verification of site visits, we generally do not have reliable site traffic figures. I have access to site traffic data for Rossier Online,[167] but the visitation numbers in "Dataset1" cover over 12 years, while the daily data is not broken out by subsite. Similarly, for the Rossier main site—surely the site with the highest traffic that displayed ranking information—we do not even have reliable site traffic information. Instead, the production includes merely landing page information that rolls up the entire domain.[168]

216.    If data on site traffic was produced, it would be straightforward to assemble these estimates. I could calculate the number of visits to each site during the time period when the rankings were displayed. From those numbers, I could the funnel estimates from 2U's marketing plans discussed above to determine a range of appropriate translation factors to go from visits to matriculated students, arriving at an estimate of the number of students who saw the fraudulent rankings on these sites.

---

[166] If one analyzes the data in 2U_FAVELL_00011797 pertaining to "welcome" emails, one finds that 16,662 email messages were sent with a 59.4% open rate.
[167] 2U_FAVELL_00017928.
[168] 2U_FAVELL_00017925.

**Exhibit 1**
**94**

217.    Instead, my argument for the exposure via websites must be qualitative. These sites were visited hundreds of thousands of times between 2017 and 2022.[169] Students who were serious about Rossier, who were making progress down the funnel that 2U was focused on promoting, were likely to visit many of these pages. At the very least, students who were focused on applying seem quite likely, at some point, to have visited the website, rossier.usc.edu, of the school to which they were applying, where they would have been exposed to the rankings.

218.    My opinions do not rest on the precise number of site visits by students, but on the totality of the evidence of where the rankings appeared. For any students who somehow missed the well-planned and meticulously executed drip campaigns from 2U, it seems likely that many of them visited the webpages for the programs and were exposed to the fraudulent rankings there.

## C.    Exposure via Other Channels

219.    In addition to email campaigns and web pages, several other marketing channels contributed significantly to the exposure of prospective students to USC's fraudulent rankings. These channels included social media, print marketing, and online media.

220.    Social media platforms such as Twitter, LinkedIn, and Facebook disseminated the rankings. USC's official accounts actively promoted the rankings, and posts from these accounts were shared by alumni and affiliates. The consistent presence of ranking information across these platforms ensured that it reached a broad audience, amplifying the impact of the fraudulent rankings.

221.    Numerous examples from section 6 above regarding USC's social media marketing illustrate the widespread dissemination of the rankings on social media. For instance, the @USCRossier Twitter account, with its thousands of followers, frequently posted about the rankings. These posts were retweeted and liked by many, significantly amplifying their reach. LinkedIn posts from alumni and USC officials, boasting the school's high rankings, further extended the exposure to professional networks.

222.    Print marketing also contributed significantly to sharing the fraudulent rankings. 2U and USC created printed materials, including brochures and one-sheeters, that prominently featured the fraudulent rankings. These materials were distributed to prospective students at events and through direct mail, reinforcing the message of USC's high rankings. For example, the 2017 full set of one-sheets for the

---

[169] To use just one example, the rossieronline.usc.edu/doctorate/edd-online went live in early 2019 and displayed the rankings through the end of 2021. While the site was live, there were 61,496 site visits as reported in 2U_FAVELL_00017928. It is impossible to say with precision what fraction of those visits took place while the rankings were up, but a conservative estimate would be more than 40,000.

**Exhibit 1 95**

School of Education mentioned the fraudulent rankings nineteen times across different program descriptions.

223.    Online media also contributed to the exposure. Articles and advertisements on external websites and news outlets, such as the Daily Trojan, often highlighted the fraudulent rankings as a key selling point. These pieces helped embed the rankings in the minds of prospective students, some of whom matriculated.

224.    While the exposure through social media, print marketing, and online media is not quantitatively estimated in this report, it is important to recognize the way in which these channels ensure that no students slipped through the cracks. It was 2U's intention that every prospective student would receive a welcome email and those emails, per Dr. Gerber's testimony, included the rankings. The websites ensure that hundreds of students were further exposed to the rankings. These additional channels ensure that, if a student somehow avoided the rankings via those channels, they might well have been exposed via these other, non-quantifiable channels.

**Exhibit 1
96**

## VIII.    Materials Considered

ACADEMIC SOURCES

Avera, P., Huyghe, A., and Bonadio, G. "First Impressions Stick: Market Entry Strategies and Category Priming in the Digital Domain." *Journal of Management Studies* vol. 58 no. 7. Pg. 1721-1760. Accessed on July 15, 2024. https://onlinelibrary.wiley.com/doi/full/10.1111/joms.12712.

Bingham Jr, Frank G., *An enrollment marketing plan for institutions of higher learning: An update*, Journal of Marketing for Higher Education 7.2, 43-56 (1996).

Chandler-Pepelnjak, John W., *Measuring ROI Beyond the Last Ad*, Atlas Institute Digital Marketing Insight, 1-6 (2009).

Chandler-Pepelnjak, John W., *Modeling Conversions in Online Advertising*, University of Montana Graduate Student Theses, Dissertations, & Professional Papers (2010), https://scholarworks.umt.edu/etd/670.

Chen, Szu-Chieh, et al., *Google analytics of a pilot study to characterize the visitor website statistics and implicate for enrollment strategies in Medical University*, BMC Medical Education 20: 1-12 (2020).

Gabelaia, I. *The Enrollment Marketing Playbook: Employing Enrollment Marketing Strategies into Student-Centric, Customer Service-Oriented Recruiting Environment*. In: Kabashkin, I., Yatskiv, I., Prentkovskis, O. (eds) Reliability and Statistics in Transportation and Communication. (2021). Accessed on July 18, 2024. https://doi.org/10.1007/978-3-030-68476-1_72.

Labausa, Froilan S., Janine M. Pinca, and Nancy E. Cruda, *Investigating Digital Marketing Strategies in influencing student enrollment decisions in tertiary education,* Canadian Journal of Business and Information Studies, 119-133 (2023).

Steele, Brian M., Chandler, J., & Reddy, S., *Algorithms for Data Science*, Springer (2017).

Schmidt, Susanne, & Eisend, M., *Advertising Repetition: A Meta-Analysis on Effective Frequency in Advertising*, Journal of Advertising, 44:4, 415-428, DOI: 10.1080/00913367.2015.1018460 (2015).

**Exhibit 1**
97

BATES
2U_FAVELL_00001574
2U_FAVELL_00011797
2U_FAVELL_00000001
2U_FAVELL_00000012
2U_FAVELL_00000416
2U_FAVELL_00000416
2U_FAVELL_00000462
2U_FAVELL_00000986
2U_FAVELL_00001127
2U_FAVELL_00001127
2U_FAVELL_00001327
2U_FAVELL_00001327
2U_FAVELL_00001484
2U_FAVELL_00001574
2U_FAVELL_00014069
2U_FAVELL_00014148
2U_FAVELL_00015868
2U_FAVELL_00017397
2U_FAVELL_00017925
2U_FAVELL_00017928
FAV_ID00001020
FAV_ID00002249
FAV_ID00013084
FAV_ID00015819
FAV_ID00015829
FAV_ID00015831
USC_FAV_000002216
USC_FAV_000013241
USC_FAV_000013416
USC_FAV_000020615
USC_FAV_000020616
USC_FAV_000024287
USC_FAV_000025008_2U
USC_FAV_000025945
USC_FAV_000026940
USC_FAV_000042278
USC_FAV_000042278
USC_FAV_000074132
USC_FAV_000076942
USC_FAV_000079563
USC_FAV_000095876

**Exhibit 1
98**

CASE DOCUMENTS

First Amended Complaint, <mark>DATE.</mark>

DEPOSITIONS

Deposition of Joanna Gerber, Vice President of Partner Marketing for 2U, Inc. and 2U, Jul. 3, 2024.

WEBSITES

https://aha.elliance.com/2024/02/05/how-to-recruit-online-students-a-playbook-for-growing-enrollment/

https://commons.wikimedia.org/w/index.php?curid=53843096, last visited Jun. 2, 2024.

https://dailytrojan.com/2019/09/16/usc-ranked-no-22-on-us-news-and-world-rankings/, last accessed July 12, 2024.

https://funnel.io/blog/display-ads-vs-search-ads, last visited May 14, 2024.

https://madg.com/2023/06/27/eight-tips-on-marketing-online-degree-programs/,

https://news.microsoft.com/2016/06/13/microsoft-to-acquire-linkedin/, last visited, Jul. 14, 2024.

https://rossier.usc.edu/u-s-news-ranks-usc-rossier-among-top-10-education-schools/, last visited July 10, 2024.

https://scholar.google.com/scholar?cites=2613686528995892944&as_sdt=5,24&sciodt=0,24&hl=en, last visited July 18, 2024.

https://support.google.com/admanager/answer/4524488?hl=en, last visited May 9, 2024.

https://twitter.com/USCTeacher, last visited, July 10, 2024.

https://web.archive.org/, last visited July 11, 2024.

https://web.archive.org/web/20160425141531/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

https://web.archive.org/web/20170201130543/http://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20170320151112/http://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20170804185858/http://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20171116152842/https://rossieronline.usc.edu/about/usc-rossier-school-of-education, last visited July 6, 2024.

https://web.archive.org/web/20171116152842/rossieronline.usc.edu/about/usc-rossier-school-of-education/, last accessed July 18, 2024.

https://web.archive.org/web/20171126023559/http://rossier.usc.edu/, last visited July 6, 2024.

**Exhibit 1**
**99**

https://web.archive.org/web/20180127202744/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20180612111325/http://rossier.usc.edu:80/, last visited July 6, 2024.

https://web.archive.org/web/20180627044111/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

https://web.archive.org/web/20180627044111/rossieronline.usc.edu/about/usc-rossier-school-of-education/, last accessed July 18, 2024.

https://web.archive.org/web/20180920153333/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20190301152405/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20190329183621/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

https://web.archive.org/web/20190402143233/rossieronline.usc.edu/academics/master-of-arts-in-teaching-program/#fn1b, last accessed July 18, 2024.

https://web.archive.org/web/20190601010953/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20191108014600/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20191108040533/rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

https://web.archive.org/web/20191108043335/rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last accessed July 18, 2024.

https://web.archive.org/web/20200214022250/https://rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last accessed July 18, 2024.

https://web.archive.org/web/20200226161811/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

https://web.archive.org/web/20200429221334/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20200922214050/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

https://web.archive.org/web/20201103003615/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20210120110610/rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

https://web.archive.org/web/20210305073511/https://rossieronline.usc.edu/about/usc-rossier-school-of-education/, last visited July 6, 2024.

**Exhibit 1**
**100**

https://web.archive.org/web/20210616063507/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20210918133649/rossieronline.usc.edu/form-mat/, last accessed July 18, 2024.

https://web.archive.org/web/20211122002556/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20211130152944, last visited July 6, 2024.

https://web.archive.org/web/20211201030045/rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

https://web.archive.org/web/20220117191407/rossieronline.usc.edu/form-mat/, last accessed July 18, 2024.

https://web.archive.org/web/20220204101028/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20220222230223/rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

https://web.archive.org/web/20220228071740/rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/, last accessed July 18, 2024.

https://web.archive.org/web/20220312051037/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20220323203721/https://rossier.usc.edu/, last visited July 6, 2024.

https://web.archive.org/web/20220517012812/rossieronline.usc.edu/doctorate/edd-online/what-is-edd/, last accessed July 18, 2024.

https://web.archive.org/web/20230322162604/rossieronline.usc.edu/doctorate/edd-online/what-is-edd/, last accessed July 18, 2024.

https://www.ama.org/ama-statement-of-ethics/, last visited, July 14, 2024.

https://www.ana.net/getfile/30491, last visited May 3, 2024.

https://www.appsflyer.com/blog/measurement-analytics/multi-touch-attribution/, last visited Mar. 2, 2014.

https://www.clickz.com/how-one-advertiser-uses-microsoft-engagement-map-ping/63267/, last visited Mar. 2, 2024.

https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited July 10, 2024.

https://www.facebook.com/profile/100063502856771/search/?q=U.S.%20News, last visited, July 10, 2024.

https://www.facebook.com/USCMATonline/, last accessed July 11, 2024.

https://www.facebook.com/USCRossier and https://www.facebook.com/pro-file/100063502856771/search/?q=U.S.%20News, last visited July 10, 2024.

https://www.facebook.com/USCRossier/, last accessed July 11, 2024.

https://www.ftc.gov/business-guidance/resources/advertising-marketing-internet-rules-road, last visited May 3, 2024

https://www.govtech.com/education/higher-ed/usc-no-longer-working-with-online-degree-company-2u, last visited July 6, 2014.

https://www.iab.com/insights/glossary-of-terminology/, last visited May 9, 2024.

**Exhibit 1**
**101**

https://www.linkedin.com/in/janinelee/, last visited, Jul. 10, 2024.

https://www.linkedin.com/in/melessa-hamilton216/, last visited, July 10, 2024.

https://www.linkedin.com/in/nadia-assaf-bb192b/, last visited, July 10, 2024.

https://www.salesforce.org/resources/article/student-recruitment/

https://www.symplicity.com/blog/building-a-successful-campus-recruitment-strat-egy

https://www.wsj.com/articles/SB1006378597369697160

rossieronline.usc.edu/about/usc-rossier-school-of-education/

rossieronline.usc.edu/doctorate/edd-online/, last visited July 18, 2024.

rossieronline.usc.edu/doctorate/edd-online/what-is-edd/

rossieronline.usc.edu/form-edd/, last visited July 18, 2024.

rossieronline.usc.edu/form-mat/

rossieronline.usc.edu/masters/online-master-of-arts-in-teaching-program/

sec.gov/Archives/edgar/data/1459417/000104746914003136/a2219368z424b4.htm, last visited July 6, 2024.

**Exhibit 1**
**102**

APPENDIX A

**Exhibit 1**

**103**

APPENDIX B

PRIOR TESTIFYING HISTORY OF DR. JOHN CHANDLER, Ph.D.

1. In Re: JUUL Labs, Inc. Marketing, Sales Practices and Products Liability Litigation, Case No. 19–md–02913–WHO (N.D. Cal. 2019) Deposed in July, 2021; October, 2021; and May, 2022.

2. The State of Alaska v. JUUL Labs, Inc., et al., Case No. 3AN–20–09477, In the Superior Court of Alaska, Third Judicial District, Anchorage, Alaska (2020). Deposed in April, 2024.

**Exhibit 1**
**104**