| | |
|---|---|
| Anna C. Haac (*pro hac vice*) | Eric Rothschild (*pro hac vice*) |
| Shilpa Sadhasivam (*pro hac vice*) | Tyler Ritchie (*pro hac vice*) |
| David McGee (*pro hac vice*) | Chris Bryant (*pro hac vice*) |
| **TYCKO & ZAVAREEI LLP** | Madeline Wiseman (SBN 324348) |
| 2000 Pennsylvania Avenue N.W., | **NATIONAL STUDENT LEGAL** |
| Suite 1010 | **DEFENSE NETWORK** |
| Washington, DC 20006 | 1701 Rhode Island Avenue N.W. |
| Telephone: (202) 973-0900 | Washington, DC 20036 |
| Facsimile: (202) 973-0950 | Telephone: (202) 734-7495 |
| *ahaac@tzlegal.com* | *eric@defendstudents.org* |
| *dmcgee@tzlegal.com* | *tyler@defendstudents.org* |
| *ssadhasivam@tzlegal.com* | *chris@defendstudents.org* |
| | *madeline@defendstudents.org* |
| Annick M. Persinger (SBN 272996) | |
| Sabita J. Soneji (SBN 224262) | *Counsel for Plaintiffs* |
| Emily Feder Cooper (SBN 352951) | |
| **TYCKO & ZAVAREEI LLP** | |
| 10880 Wilshire Boulevard, Suite 1101 | |
| Los Angeles, CA 90024 | |
| Telephone: (510) 254-6808 | |
| Facsimile: (202) 973-0950 | |
| *apersinger@tzlegal.com* | |
| *ssoneji@tzlegal.com* | |
| *ecooper@tzlegal.com* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendant. | Case No. 2:23-cv-00846-GW-MAR;<br>Case No. 2:23-cv-03389-GW-MAR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs' Motion for Class Certification was filed on December 2, 2024 and heard on _____, 2025. Having considered the moving and reply papers, all papers in opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before this Court, the Court hereby ORDERS that the proposed classes are certified under Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, and the Classes are defined as:

> Class: All persons who: (1) were enrolled in the online MAT (single subject ("SS") or multiple subject ("MS")) or the online Ed.D in Organizational Change and Leadership ("OCL") at Rossier; (2) began classes in a program cohort between August 2017 and January 2022; and (3) paid or were obligated to pay tuition for classes associated with the program in which they enrolled.[1]
>
> Online MAT Damages Subclass: All Class Members who were enrolled in the online MAT (SS or MS) at Rossier.
>
> Online OCL Damages Subclass: All Class Members who were enrolled in the online Ed.D in OCL at Rossier.

The Court finds that Plaintiffs have satisfied each element of Fed. R. Civ. P. 23(a) and 23(b)(3).

The Court further appoints Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada as representatives of the Class and the law firms of Tycko & Zavareei LLP and National Student Legal Defense Network as Class Counsel.

---

[1] Specifically excluded from the putative Classes are Defendant, any entities in which Defendant has a controlling interest, any of Defendant's parents, subsidiaries, affiliates, officers, directors, employees, and members of such persons' immediate families, and the presiding judge in this case, their staff, and his, her, or their immediate family.

The Court will hold a status conference in this matter on _____, 2025 at \_\_\_\_\_ to discuss sending Notice to the Class as well as the schedule for the remainder of the litigation.

SO ORDERED this _____ day of _____, 2025.

_____
Hon. George H. Wu

2

PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
*Favell, et al., v. Univ. of S. Cal.*, Nos. 2:23-cv-00846-GW-MAR; 2:23-cv-03389-GW-MAR