UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case No. CV 23-846-GW-MARx<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1 | Upon consideration of the Joint Stipulation to Continue Hearing on Plaintiffs'
2 | Motion for Class Certification (ECF No. 176), and finding good cause, the Court enters
3 | the hearing date below:
4 |     1.    The hearing on Plaintiffs' Motion for Class Certification is continued from
5 | January 30, 2025 to February 27, 2025 at 8:30 a.m.
6 | **IT IS SO ORDERED.**

Dated: January 17, 2025

_____
HON. GEORGE H. WU,
United States District Judge