UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case No. CV 23-846-GW-MARx<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1  Upon consideration of the Second Joint Stipulation to Continue Hearing on
2  Plaintiffs' Motion for Class Certification (ECF No. 191), and finding good cause, the
3  Court enters the hearing date below:
4      1.  The hearing on Plaintiffs' Motion for Class Certification is continued from
5  February 27, 2025 to May 15, 2025 at 8:30 a.m.
6  **IT IS SO ORDERED.**

8  Dated: February 24, 2025

HON. GEORGE H. WU,
United States District Judge