# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-00846-GW-MAR;<br>Case No. 2:23-cv-03389-GW-MAR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ENTERING JOINT SCHEDULE** |

# [PROPOSED] ORDER

Having reviewed the Joint Scheduling Report submitted by Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California, and good cause appearing therefor, the Court hereby ORDERS that in both Favell I and Favell II, the following case schedule and deadlines apply to certain events related to both Favell I and Favell II:

| Event | Deadline |
|---|---|
| June 25, 2025 | USC to provide Plaintiffs with contact information data for class |
| July 2, 2025 | Plaintiffs to provide USC with Class Notice Proposal |
| July 9, 2025 | Parties to M&C regarding Class Notice Proposal |
| July 15, 2025 | USC to provide Class List and available contact information |
| July 17, 2025 | Parties to Submit Class Notice Proposal to Court with any areas of disagreement |
| July 31, 2025 | Hearing on Class Notice Proposals |
| August 31, 2025 | Class Notice complete |
| September 31, 2025 | Opt-out deadline |

| Date | Event |
|---|---|
| October 15, 2025 | Merits expert reports due by all Parties (including any back-up data, calculations, and outputs)[1] |
| November 12, 2025 | Last day to complete depositions regarding any opinions served on 10/15 |
| December 30, 2025 | Expert reports in rebuttal to opinions served on 10/15 |
| January 30, 2026 | Last day to complete Depositions regarding any opinions served on 12/30 |
| February 9, 2026 | Close of Discovery |
| February 16, 2026 | Motions for Summary Judgment or to Exclude opinions served on 10/15 or 12/15 |
| March 16, 2026 | Oppositions to Summary Judgment/Merits 702 Motions |
| April 6, 2026 | Replies to Summary Judgment/Merits 702 Motions |
| April 23, 2026 | Hearing on Summary Judgment/Merits 702 Motions |
| May 5, 2026 | MILs due (21 days prior to FPTC) |
| May 5, 2026 | Exchange of exhibits, witnesses, jury instructions (21 days prior to FPTC) |

---

[1] The parties have not reached agreement on one aspect of the expert schedule. Plaintiffs' position is that all conjoint damages surveys, by any party, must be completed by the October 15, 2025 deadline for merits expert reports. Defendant's position is that it should be permitted to submit a conjoint survey report as a rebuttal report, by the December 30, 2025 deadline. The parties will be prepared to argue their positions at the status hearing on June 16, 2025.

| May 18, 2026 | M&C for preparation of joint trial submission (10 days before FPTC) |
|---|---|
| May 18, 2026 | Oppositions to MILs (10 days before FPTC) |
| May 21, 2026 | Joint trial submissions due (5 days before FPTC) |
| May 22, 2026 | Replies to MILs (4 days before FPTC) |
| May 26, 2026 | Final Pre-Trial Conference (FPTC) |
| June 10, 2026 | Trial |

The Court acknowledges that nothing in this Joint Scheduling Report prevents any party from seeking to introduce supplemental and/or rebuttal expert testimony as allowed by law and applicable court rules.

IT IS SO ORDERED.

Dated: _____        By: _____
                         HONORABLE GEORGE H. WU
                         UNITED STATES DISTRICT JUDGE