Anna Haac (*pro hac vice*)
David McGee (*pro hac vice*)
Hassan Zavareei (SBN 181547)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue N.W.,
Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*ahaac@tzlegal.com*
*dmcgee@tzlegal.com*
*hzavareei@tzlegal.com*

Annick M. Persinger (SBN 272996)
Sabita J. Soneji (SBN 224262)
Emily Feder Cooper (SBN 352951)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA 90024
Telephone: (510) 254-6808
*apersinger@tzlegal.com*
*ssoneji@tzlegal.com*
*ecooper@tzlegal.com*

Eric Rothschild (*pro hac vice*)
Tyler Ritchie (*pro hac vice*)
Chris Bryant (*pro hac vice*)
Madeline Wiseman (SBN 324348)
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Avenue N.W.
Washington, DC 20036
Telephone: (202) 734-7495
*eric@defendstudents.org*
*tyler@defendstudents.org*
*chris@defendstudents.org*
*madeline@defendstudents.org*

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendant. | Case No. **CV 23-846-GW-MARx**;<br>Case No. CV 23-3389-GW-MARx<br><br>CLASS ACTION<br><br>**ORDER APPROVING PLAINTIFFS' PROPOSED CLASS NOTICE PLAN** |

## ORDER APPROVING PLAINTIFFS' PROPOSED CLASS NOTICE PLAN

Having reviewed Plaintiffs' proposed class notice plan, the Court approves Plaintiffs' class notice plan as submitted as it comports with due process requirements and will sufficiently provide notice to the Class. As requested, the Court names Angeion Group LLC as notice administrator. Within seven (7) days of this Order, Defendant University of Southern California will provide to Angeion Group LLC contact information for the Class, including (1) first and last name; (2) last known email address, and (3) last known mailing address. Class notice shall be completed by August 31, 2024, and the opt-out deadline is October 31, 2025.

This Order shall constitute a "judicial order" within the meaning of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9), sufficient to permit University of Southern California to provide Class Members' contact information to the Notice Administrator. The Court further rules that the Notice Plan outlined in Plaintiffs' motion and the proposed Notice Form constitutes a reasonable effort per 34 C.F.R. § 99.31(a)(9)(ii) to notify eligible students (or their parents) of this order sufficiently in advance of the potential disclosure to Class Counsel of contact information and other information maintained by the University of Southern California for the academic terms of 2017 through 2022 to Class Counsel to allow the student (or parent) an opportunity to seek protective action, including filing a motion to quash with this Court, such that FERPA privacy concerns shall not serve as a bar to the production of any of the following records of Class Members to Class Counsel as part of discovery and subject to any other orders of this Court, including:

1. Name, Contact Information (including Email and phone addresses);
2. Dates and Program of Attendance;
3. Degree obtained;
4. Graduation and Enrollment Dates;

5. Tuition Assessed;

6. Tuition Paid;

7. Fees Assessed;

8. Fees Paid;

9. The amount and source of scholarships, grants, or other third-party payments toward tuition and fees; and

10. Communications between each student and USC or its marketing partner 2U.

**IT IS SO ORDERED.**

_July 18, 2025_____
Date

_____
HON. GEORGE H. WU,
United States District Judge