UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case No. CV 23-846-GW-MARx<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CLASS NOTICE DEADLINE** |

1   Upon consideration of the Joint Stipulation to Continue Class Notice Deadline
2   (ECF No. 219), and finding good cause, the Court enters the new deadline below:
3      1.   The deadline for class notice is continued from August 31, 2025 to
4   December 1, 2025.
5   **IT IS SO ORDERED.**

Dated: September 2, 2025

_____
HON. GEORGE H. WU,
United States District Judge