# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendant. | Case No. **CV 23-846-GW-MARx**;<br>Case No. CV 23-3389-GW-MARx<br><br>**CLASS ACTION**<br><br>**ORDER ENTERING JOINT SCHEDULE** |

# ORDER

Having reviewed the Joint Scheduling Report submitted by Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California, and good cause appearing therefor, the Court hereby ORDERS that in both Favell I and Favell II, the following case schedule and deadlines apply to certain events related to both Favell I and Favell II:

| DEADLINE | EVENT |
| --- | --- |
| December 1, 2025 | Class Notice complete |
| December 12, 2025 | Merits expert reports from Plaintiffs (including any conjoint survey back-up data, calculations, and outputs) |
| January 16, 2026 | Deadline to complete depositions regarding any opinions served on 12/12 |
| February 2, 2026 | Opt-out deadline |
| February 9, 2026 | Class List to be provided to Class Counsel |
| February 27, 2026 | Defendant expert reports, including rebuttal to opinions served on 12/12 (including any conjoint survey back-up data, calculations, and outputs) |
| March 23, 2026 | Deadline to complete Depositions regarding any opinions served on 2/27 |
| April 27, 2026 | Plaintiff expert reports in rebuttal to opinions served on 2/27 (including any conjoint survey back-up data, calculations, and outputs) |
| May 8, 2026 | Deadline to complete Depositions regarding any opinions served on 4/27 |
| May 29, 2026 | Close of Discovery |
| June 11, 2026 | Summary Judgment/Rule 702 Motions |
| July 14, 2026 | Oppositions to Summary Judgment/Rule 702 Motions |
| August 13, 2026 | Replies to Summary Judgment/Rule 702 Motions |

| | |
|---|---|
| September 10, 2026 at 8:30 a.m. | Hearing on Summary Judgment/Rule 702 Motions |
| October 8, 2026 | MILs due (at least 21 days prior to FPTC) |
| October 8, 2026 | Exchange of exhibits, witnesses, jury instructions (at least 21 days prior to FPTC) |
| October 20, 2026 | M&C for preparation of joint trial submission (at least 10 days before FPTC) |
| October 27, 2026 | Oppositions to MILs (at least 10 days before FPTC) |
| November 10, 2026 | Replies to MILs (at least 10 days before FPTC) |
| November 16, 2026 | Joint trial submissions due (at least 5 days before FPTC) |
| November 23, 2026 at 8:30 a.m. | Final Pre-Trial Conference (FPTC) |
| December 8, 2026 at 9:00 a.m. | Jury Trial |

The Court acknowledges that nothing in this Joint Scheduling Report prevents any party from seeking to introduce supplemental and/or rebuttal expert testimony as allowed by law and applicable court rules.

IT IS SO ORDERED.

Dated: September 19, 2025

By: _____
HON. GEORGE H. WU
United States District Judge