1

2

3            **UNITED STATES DISTRICT COURT**

4      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

5

6   | IOLA FAVELL, SUE ZARNOWSKI, | Case No. 2:23-cv-00846-GW-MAR;
7   | MARIAH CUMMINGS, and AHMAD | Case No. 2:23-cv-03389-GW-MAR
    | MURTADA, *on behalf of themselves*
8   | *and all others similarly situated*, | CLASS ACTION

9   |                  Plaintiffs,

10  |          v.                          | ~~[PROPOSED]~~ **ORDER SEALING**
                                            **DOCKET ENTRIES**
11  | UNIVERSITY OF SOUTHERN
    | CALIFORNIA,
12
    |                  Defendant.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      Upon Consent of the parties, it is hereby ordered:

3      The Joint Motion to Seal is **GRANTED**. The Clerk shall seal Docket Entries

4  236-2, 236-3, 236-5, 236-6 (23-cv-00846-GW-MAR) and Docket Entries 220-2,

5  220-3, 220-5, 220-6 (23-cv-03389-GW-MAR).

6      The Court further approves the parties' stipulated redactions to these docket

7  entries.

8

9

10      Dated: November 20, 2025

Honorable Margo A. Rocconi,
U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28