UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,

Defendants.

Case No. CV 23-846-GW-MARx

Assigned to: Hon. George H. Wu

**ORDER GRANTING JOINT STIPULATION TO AMEND PRE-TRIAL SCHEDULE**

**ORDER**

Having reviewed the Joint Stipulation to Amend Pre-Trial Schedule submitted by Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California, and good cause appearing therefor, the Court hereby ORDERS that in both Favell I and Favell II, the following deadlines apply

| DEADLINE | EVENT |
|---|---|
| October 8, 2026 | Exchange of witness lists (at least 21 days prior to Final Pretrial Conference) |
| October 15, 2026 | Exchange of (a) exhibit lists, and (b) jury instructions (at least 21 days prior to FPTC) |
| October 15, 2026 | MILs due (at least 21 days prior to FPTC) |
| October 30, 2026 | Oppositions to MILs (at least 10 days before FPTC) |
| November 2, 2026 | File Memorandum of Contentions of Fact and Law and Witness List (at least 21 days prior to FPTC) |
| November 2, 2026 | Exchange of (a) proposed verdict forms; (b) initial statement of the case to be read to the jury; and (c) deposition transcript excerpts marked in blue for testimony to be presented at trial by deposition (at least 21 days prior to FPTC) |
| November 2 and 9, 2026 | M&C for preparation of joint trial submission (at least 10 days before FPTC) |
| November 9, 2026 | Exchange of deposition transcripts marked in red with objections and counter-designations (7 days after initial exchange) |
| November 10, 2026 | Replies to MILs (at least 10 days before FPTC) |
| November 12, 2026 | Plaintiff to lodge Final Pretrial Conference Order with the Clerk (at least 11 days prior to FPTC) |
| November 13, 2026 | M/C to resolve issues in transcript designations (at least 10 days prior to FPTC) |

| | |
|---|---|
| November 16, 2026 | Joint trial submissions (except Joint Exhibit List) due (at least 5 days prior to FPTC) |
| November 23, 2026 at 8:30 a.m. | Final Pre-Trial Conference (FPTC) |
| November 25, 2026 | File, for disputed transcript designations, a marked copy of the transcripts indicating areas of agreement and dispute, and joint filing delineating parties' positions on disputed parts (at least 5 days prior to FPTC) |
| November 30, 2026 | Joint Exhibit List due |
| December 8, 2026 | Present joint exhibit binders to Court, Clerk, and witness box; lodge deposition transcripts intended for impeachment with Clerk |
| December 8, 2026 at 9:00 a.m. | Jury Trial |

**IT IS SO ORDERED.**

Dated: November 12, 2026

By: ______________________
HON. GEORGE H. WU
United States District Judge